Andrew G. Watters (#237990)
555 Twin Dolphin Dr., Ste. 300
Redwood City, CA 94065
andrew@andrewwatters.com
+1 (415) 261-8527

Attorney for Defendant
Simon Chan

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re Simon Chan, Debtor | Case no. 18-40217CN7<br>A/P No. 18-04060 |
|---|---|
| MICHAEL SCOTT FRAZER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SIMON CHAN, et al.,<br><br>    Defendants. | **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 4, 2019<br>Time: 10:00 a.m.<br>Place: Oakland, Room 215 |

# MOTION

Defendant Simon Chan moves for summary judgment on the complaint for nondischargeability.

The motion is authorized by Federal Rules of Civil Procedure Rule 56, as applied to bankruptcy matters by Federal Rules of Bankruptcy Procedure Rule 7056.

The grounds for the motion are principally that Plaintiffs cannot establish multiple elements of nondischargeability required by 11 U.S.C. sec. 523(a)(2)(A) due to the undisputed facts. The undisputed facts based on the documentary evidence establish that Plaintiffs cannot have relied on version 1A-2, 1A-4, or 2A-2 of the private placement memorandum when contributing the first $325,000 of investment funds, and those versions were also not authorized to be sent to the Plaintiffs, therefore Defendant lacks the required scienter as to the remaining $337,500 in investment funds, among other missing elements.

The motion is based on the supporting declarations of Simon Chan and Andrew Watters, as well as the Memorandum of Points and Authorities that follows the motion.

Date: February 1, 2019

*Andrew G. Watters*
Andrew G. Watters, Esq.
Attorney for Defendant Simon Chan