Andrew G. Watters (#237990)
555 Twin Dolphin Dr., Ste. 300
Redwood City, CA 94065
andrew@andrewwatters.com
+1 (415) 261-8527

Attorney for Defendant
Simon Chan

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Simon Chan, Debtor | Case no. 18-40217CN7<br>A/P No. 18-04060 |
| MICHAEL SCOTT FRAZER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SIMON CHAN, et al.,<br><br>    Defendants. | **INDEX TO EXHIBITS ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: March 4, 2019<br>Time: 10:00 a.m.<br>Place: Oakland, Room 215 |

**DECLARATION OF ANDREW WATTERS**

| | | |
|---|---|---|
| EXHIBIT A | Transcript excerpts from 2017 trial |
| EXHIBIT B | PDF Printouts of EML files found in David Tarnowski's document production |
| EXHIBIT C | Trial exhibit 4 from the state court trial showing dates and amounts of Plaintiffs' investments |
| EXHIBIT D | PPM version 2A-2 as found in David Tarnowski's document production |

**DECLARATION OF SIMON CHAN**

| | | |
|---|---|---|
| EXHIBIT A | Draft PPM of December 16, 2005 |
| EXHIBIT B | Gary Mugg's redline version of the PPM of December 16, 2005 |
| EXHIBIT C | Simon Chan's copy of the PPM of December 16, 2005 as sent to David Tarnowski and Gary Mugg |
| EXHIBIT D | Final PPM, version 1A-1 |
| EXHIBIT E | Second Amended Complaint of Plaintiffs in the state court action attaching 1A-1 |
| EXHIBIT F | Trial exhibit 4 from the state court trial showing dates and amounts of Plaintiffs' investments |
| EXHIBIT G | Email from Simon Chan to David Tarnowski containing the disputed representations of Defendant's real estate experience in China |

//

| | | |
|---|---|---|
| EXHIBIT H | | Version 1A-2 of the PPM as produced by David Tarnowski in his document production. |
| EXHIBIT I | | Trial exhibit 3 (version 2A-2 of the PPM) |
| EXHIBIT J | | Adept note of December 31, 2008 |
| EXHIBIT K | | Dragonwood balance sheet of December 31, 2008 |
| EXHIBIT L | | Email from Gary Mugg of November 11, 2011 showing distribution of the note and QuickBooks file to some of the Plaintiffs and Mr. Tarnowski |

Date: February 1, 2019

*Andrew G. Watters*
_____
Andrew G. Watters, Esq.
Attorney for Defendant Simon Chan