1  The next screenshot shows that version of the PPM opened in
2  LibreOffice's read-only mode (preserves all metadata):



Modified December 16, 2005 by Simon Chan



No China real estate experience

28  The disputed representations do not appear.

1  My client describes in his declaration (para. 11) getting from
2  this version to version 1A-1 by merging the changes.  Mr. Mugg
3  then tells Mr. Daste they will go to print with the final PPM:



Some time between this message on December 20, 2005 and the next, the PPM was provided to the Plaintiffs, because the next relevant message shows the following:



Sent to Julie Lam (and version 1A-1 is later found in Julie Lam's document production)

Version 1A-1 attached as a PDF file

1 | Opening the PDF attached to Mr. Tarnowski's email to Ms. Lam:



Created and modified on December 20, 2005

No China real estate experience

So version 1A-1, which resulted from the drafts Mr. Mugg, Mr. Matteo, and Mr. Chan were working on, was sent to Ms. Lam the same day Mr. Tarnowski was talking about printing it for distribution to the Plaintiffs. And the printed version of 1A-1 was found in Ms. Lam's document production. From this I conclude that 1A-1 is the final PPM, as described in my client's declaration.

8. I attach as <u>Exhibit C</u> a true copy of joint trial exhibit 4, which Plaintiffs prepared, showing the dates and amounts of each person's investment, their checks, and deposit slips. As far as I can tell, their dates are accurate.

9. Anyway, as the January 9, 2006 email from Mr. Tarnowski makes clear (see para. 13 below), the bound paper PPM (version 1A-2) brought to trial by Bill and Michelle Chan was provided to the Chans by Mr. Tarnowksi on <u>January 9, 2006</u>, <u>after</u> the Chans invested their money on <u>January 4, 2006</u>. Therefore, they <u>cannot</u> have relied on the statements in it when investing their money. This is inconsistent with these Plaintiffs' trial testimony, which was that they relied on this January 9, 2006 version 1A-2 of the PPM when investing their money, and that they always saw the disputed representations in the prior versions of the PPM. R.T. 345:17-347:1 (Exhibit A). The disputed representations <u>were not</u> in the prior version of the PPM (1A-1). The same goes for Mr. Frazer and Ms. Lam, each of whom testified they relied on a different version of the PPM than they actually had (as shown in their document productions and the Tarnowski emails). R.T. 220:18-223:24 (extended explanation by Mr. Frazer of his claimed reliance on the disputed representations in version 1A-2, which

1  was sent to him <u>after</u> he made his investment); R.T. 391:27-392:21
2  (Julie Lam states she relied on trial exhibit 3, which is version
3  2A-2 (Exhibit D hereto), when she invested on November 6, 2005,
4  even though 2A-2 did not exist until April 12, 2006).  This is
5  simply not possible
6  
7  Defendant is not cc'ed or bcc'ed on this email message.
8  
9  
10 
11 
12 because the
13 disputed statements
14 were not in version
15 1A-1 of the PPM, as
16 shown in the EML
17 files.
18      10.  What's even
19 more interesting is that
20 the other Plaintiffs'
21 document productions do
22 not appear to contain some
23 of the key emails produced
24 in Mr. Tarnowski's raw
25 data files, or their
26 attachments (I have
27 reviewed each Plaintiff's
28 document production and

