1 they variously contain PPM versions 1A-1, 1A-2 and 1A-4, but not
2 2A-2 as far as I can tell).
3     11. Also, Mr. Tarnowski's conventional non-EML document
4 production <u>does not</u> contain all of the versions of the PPM that
5 he was emailing to people. His document production contains
6 primarily version 2A-2, which he couches as the "operative" PPM,
7 as shown in the following screenshot of that portion of his
8 document production as shown on my desktop computer:



27     12. As indicated above, Mr. Tarnowski does not appear to
28 have produced version 1A-1 of the PPM, instead producing 2A-3.

DECLARATION OF ANDREW WATTERS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

13. Here are the file names of the EML files I refer to, in chronological order. They are all found in the "Inbox!8" folder in Mr. Tarnowski's document production (I provide screenshots of selected messages below):

```
0000005855-changes made to doc.eml
0000005856-Dragon docs.eml
0000005894-PPM Dragon version 2.eml
0000006016-Re_ Dragon PPM.eml
0000006030-Dragon Docs.eml
0000006038-Dragon PPM rev 2.eml
0000044778-RE_ Pdf of PPM.eml
0000044793-RE_ Rocket meeting.eml
0000044798-RE_ PPM final draft for your approval.eml
0000044922-RE_ DragonWood docs.eml
```

Here is a screenshot of the most important email, from January 9, 2006 at 2:05 a.m. (0000006038-Dragon PPM rev 2.eml):



Breakfast meeting reference and first mention of bound copies of version 1A-2

Version 1A-2 is sent to these three Plaintiffs for the first time

1. 14. This is the genesis of version 1A-2. As the Court can see, the last line of the email refers to a breakfast meeting between Mr. Tarnowski and three of the Plaintiffs later that morning where Mr. Tarnowski stated he would bring a new printed and bound version of the PPM. This explains how Mr. and Mrs. Chan had a printed, bound version of the PPM with the disputed representations in it at trial. Mr. Tarnowski attaches version 1A-2 of the PPM to this email, which <u>does</u> contain the disputed representations. But it was created on <u>January 9, 2006</u> (file properties shown below), <u>after</u> the Chans had invested their money on January 4, 2006:



Although Mr. Tarnowski states in the above email that he received approval of the changes, this conflicts with prior emails where Mr. Mugg states there will be no further changes, conflicts with a subsequent email sent by Mr. Tarnowski to Mr. Mugg proposing changes, conflicts with Defendant's recollection, and also conflicts with the fact that there seems to be no email from Mr. Mugg approving this version (PPM_Dragon_2005_12_20_1A-2 version accpt'd.DOC).

15. Instead, Mr. Tarnowski sent Mr. Mugg a different version of the PPM (PPM_Dragon_2005_12_20_1A-2.DOC), which has redline changes instead of accepted changes. This subsequent

email (shown on page 9 above) appears to show that Mr. Tarnowski was only proposing those changes to Mr. Mugg at that time. There appears to be no subsequent email from Mr. Mugg to Mr. Tarnowski approving this version (1A-2) to be sent to the Plaintiffs. Or any later version of the PPM, such as 1A-4, which Mr. Tarnowski sent to Plaintiff Tom Velken only. It makes sense that there would be no email from Mr. Mugg approving 1A-2 or 1A-4, or even 2A-2, given Mr. Mugg's earlier email in mid-December 2005 stating there would be no further changes, and to go to print immediately with that final version of the PPM (1A-1).

16. The inference I draw is that Mr. Tarnowski unilaterally changed the PPM on January 9, 2006 without Mr. Mugg's approval, and sent that version to some of the Plaintiffs (with all changes accepted) without Mr. Mugg's approval. He then sent version 1A-2 to Mr. Mugg proposing those same changes, except for the disputed representations, which he had already added as changes and already accepted despite them not appearing in the prior PPM. Mr. Tarnowski then created version 2A-2 (dated January 10, 2006) on <u>April 12, 2006</u>, <u>after</u> most of the funds were invested, and surprisingly that is the version most of the Plaintiffs claimed at trial they relied on.

17. There is an email from Mr. Tarnowski to Mr. Velken with version 1A-4 of the PPM, which was just sent to Mr. Velken on January 10, 2006 (page 13 of Exhibit B). This was also, in view of the email record, apparently done without Mr. Mugg's approval. I should note at this point that Mr. Tarnowski's EML files seem to be the only record of these communications; Plaintiffs appear to have omitted these materials from their document productions.

1 | Plaintiffs are no strangers to making a concerted effort to make
2 | sure they were all telling the same story; they did the same
3 | thing with a "shared timeline" that was an issue at the trial
4 | because portions of it were inaccurate by their own admission
5 | and also clearly inconsistent with the documentary evidence.
6 | R.T. 255:5-28 (Mr. Frazer admits the shared timeline is at least
7 | partially inaccurate) (Exhibit A).  With the discovery of this
8 | electronic data in Mr. Tarnowski's document production, the
9 | shared story about the versions of the PPM also does not hold up.
10 |     18. As <u>Exhibit D</u>, I attach a copy of version 2A-2 of the
11 | PPM as found in Mr. Tarnowski's document production.  An
12 | examination of the metadata shows that the 2A-2 PDF was created
13 | on April 12, 2006, as shown in the following screenshot of the
14 | file properties:

