INDEX OF PROCEEDINGS

PAGE

OPENING STATEMENT BY MR. WALSH..........................7
OPENING STATEMENT BY MR. WATTERS.......................10

DAVID TARNOWSKI
Direct Examination by Mr. Walsh........................25
Cross-Examination by Mr. Killian.......................36
Redirect Examination by Ms. Walsh......................37

SIMON CHAN
Direct Examination by Mr. Walsh........................39
Cross-Examination by Mr. Killian......................110
Cross-Examination by Mr. Saffouri.....................124

INDEX OF EXHIBITS

PAGE

Joint Exhibits 92 and 93 Marked for Identification.....122

```
 1   APPEARANCES:
 2
           FOR PLAINTIFFS:
 3             WALSH LAW FIRM
               BY: JAMES R. WALSH, Attorney at Law
 4             1990 N. California Boulevard, 8th Floor
               Walnut Creek, CA  94596
 5             T: 925-284-7400
               F: 866-406-8863
 6
           FOR CROSS-DEFENDANTS, JULIE LAM, JEFF CHANG, AND TOM
 7         VELKEN:
               RAMSEY LAW GROUP
 8             BY: HUSSEIN SAFFOURI, Attorney at Law
               3736 Mt. Diablo Boulevard, Suite 300
 9             Lafayette, CA  94549
               T: 925-284-2800
10

11         FOR DEFENDANT, SIMON CHAN:
               BY: ANDREW G. WATTERS, Attorney at Law
12             555 Twin Dolphin Drive, Suite 300
               Redwood City, CA  94065
13             T: 415-261-8527

14
           FOR DEFENDANTS, PHAN TRAN AND PEARL TRAN:
15             BY: CLINTON KILLIAN, Attorney at Law
               1814 Franklin Street, Suite 600
16             Oakland, CA  94612
               T: 510-500-5775
17

18         FOR DEFENDANT, DAVID TARNOWSKI:
               BY: DAMIAN RICKERT, Attorney at Law
19             109 Jackson Street, Suite 230
               Hayward, CA  94544
20             T: 510-886-9414

21

22

23

24

25

26

27

28
```

| | |
|---|---|
| 1 | --oOo-- |
| 2 | THE COURT: Good morning, everybody. All right. We're |
| 3 | ready to get going. |
| 4 | MR. WALSH: Unfortunately, it appears we're still |
| 5 | missing one lawyer and one party. |
| 6 | THE COURT: Oh. Who is not here? |
| 7 | MR. WALSH: Damian Rickert and his client, David |
| 8 | Tarnowski. I understand that they are finding parking. |
| 9 | THE COURT: Oh, oh. Okay. |
| 10 | MR. WALSH: So they're in the -- |
| 11 | THE COURT: Okay. Just let me know. I thought |
| 12 | everybody was here. Let me know when they get here. |
| 13 | (Off the record.) |
| 14 | THE COURT: Good morning, everybody. All right. Ready |
| 15 | to get started? |
| 16 | MR. WALSH: We are. |
| 17 | THE COURT: Go ahead. |
| 18 | MR. WALSH: Your Honor, I would -- first some |
| 19 | housekeeping details if we could. |
| 20 | THE COURT: Sure. |
| 21 | MR. WALSH: Number one, the parties have entered into |
| 22 | certain stipulations of fact. |
| 23 | THE COURT: Great. |
| 24 | MR. WALSH: I have a signed original. I haven't made |
| 25 | copies yet. One of the stipulations is that one of my |
| 26 | clients, Allen Miller, will not have to testify. He's an |
| 27 | airline pilot, who is unavailable at this time, and he's |
| 28 | covered by this stipulation. |

```
 1  become known as the Dragonwood Investments?
 2  A.      The first time I learned about Dragonwood is after Gary
 3  Mugg had formed Adept Properties and had worked with Simon
 4  Chan, and they decided that they wanted to go ahead.
 5              Gary gave me a call, as he did on other
 6  occasions, to draft a private placement memorandum in
 7  sometime, I believe, October, 2005.
 8  Q.      At that time, had you met or known of defendant, Simon
 9  Chan?
10  A.      I had never met Simon Chan prior to that.
11  Q.      And how did you first meet him?
12  A.      I first met Simon Chan over the phone, a
13  transcontinental phone call over Skype, and Gary and I and
14  Simon conversed over that sometime October.
15  Q.      Okay.  And what was your role in this venture?
16  A.      My initial role in the venture was to provide -- I was
17  the collector of all the data received from Simon about the
18  real estate market and the director of all the different
19  pieces that go into the drafting of private placement
20  memorandum.  Also an executive summary.  Also to put together
21  photographs that they provided.  I essentially was a wordsmith
22  and a director of the data.
23  Q.      And would you look at Exhibit 58, please?
24  A.      Yes.
25  Q.      Is Exhibit 58 a private placement memorandum that you
26  prepared?
27  A.      It's part of the PPM.
28  Q.      And you wrote Exhibit 58?
```

1   A.    I co-wrote it.
2   Q.    Now, what is a private placement memorandum?
3   A.    A private placement memorandum is a document that
4   explains an investment opportunity, and it also has some
5   boilerplate requirements in order to raise money, and it
6   includes a brief description of the intent of what the
7   business plan is.
8   Q.    And is it a document that is used for sales purposes?
9   A.    Not in this case.  It's a document used to present an
10  opportunity.  It's not a sales document.
11  Q.    It's for potential investors, correct?
12  A.    Yes.
13  Q.    And the potential investors look at this document to
14  find out what the opportunity is, correct?
15  A.    This, amongst other documents.  This is not a complete
16  PPM.
17  Q.    Now, with respect to this document in Exhibit 58, where
18  did you get most of the information from this document?
19        MR. WATTERS:  Objection.  Vague.
20        THE COURT:  As to most?
21        MR. WATTERS:  Yes.
22        THE COURT:  Sustained.
23        MR. WALSH:  Q.  Let me ask you about some specific
24  points.  I'd like you to go to Page 14 out of 27.  Do you see
25  that page?
26  A.    Good.
27  Q.    And is that a description -- does that contain a
28  description of Simon Chan's background?

| | |
|---|---|
| 1 | STATE OF CALIFORNIA, )
| | )
| 2 | COUNTY OF SAN JOAQUIN. )

1  STATE OF CALIFORNIA,     )
                            )
2  COUNTY OF SAN JOAQUIN.   )

3

4

5       I, VICKI JELLEY, Pro Tempore Reporter of the
Superior Court of the State of California, do hereby
certify:

    That I was present in the Superior Court, County
of San Joaquin, State of California at the hearing of
the above-entitled matter, that at said time and place,
I took down in shorthand notes all testimony given and
proceedings had; that I thereafter caused said
shorthand notes to be transcribed into longhand
typewriting by computer-aided transcription, the above
and foregoing being a full, true, and accurate
transcription of all testimony taken and proceedings
had.

                           _____
                           Vicki Jelley, CSR No. 11067

SUPERIOR COURT OF CALIFORNIA

COUNTY OF CONTRA COSTA

UNLIMITED JURISDICTION

| | |
|---|---|
| MICHAEL SCOTT FRAZER, et al., | |
| Plaintiffs, | No. CIVMSC14-00633 |
| vs. | Volume II |
| SIMON CHAN, et al., | Pages 135-285 |
| Defendants. | |
| AND RELATED CROSS-COMPLAINT. | |

Tuesday, July 18, 2017 at 10:08 a.m.

The above-entitled matter came on regularly for hearing at the date and time above set forth before the Hon. STEVEN K. AUSTIN, Judge of the Superior Court.

Reported by: April Dawn Heveroh, CSR No. 8759

INDEX OF EXAMINATION

FOR THE PLAINTIFF

WITNESS: SIMON CHAN                                      PAGE

Cross-Examination by Mr. Watters                          141
Examination by The Court                                  166
Redirect Examination by Mr. Walsh                         181
Cross-Examination by Mr. Killian                          206
Recross-Examination by Mr. Watters                        207
Further Examination by The Court                          209


WITNESS: MICHAEL SCOTT FRAZER

Direct Examination by Mr. Walsh                           216
Cross-Examination by Mr. Watters                          240

---oOo---

```
 1                  A P P E A R A N C E S
 2   FOR THE PLAINTIFFS:
 3        WALSH LAW FIRM
 4        BY: JAMES R. WALSH, Attorney at Law
 5        1990 N. California Boulevard, 8th Floor
 6        Walnut Creek, CA  94596
 7        T: 925-284-7400
 8        F: 866-406-8863
 9
10   FOR CROSS-DEFENDANTS, JULIE LAM, JEFF CHANG, AND TOM
     VELKEN:
11
         RAMSEY LAW GROUP
12
         BY: HUSSEIN SAFFOURI, Attorney at Law
13
         3736 Mt. Diablo Boulevard, Suite 300
14
         Lafayette, CA  94549
15
         T: 925-284-2800
16
17
18   FOR DEFENDANT, SIMON CHAN:
19        BY: ANDREW G. WATTERS, Attorney at Law
20        555 Twin Dolphin Drive, Suite 300
21        Redwood City, CA  94065
22        T: 415-261-8527FOR THE DEFENDANT:
23
24   FOR DEFENDANTS, PHAN TRAN AND PEARL TRAN:
25        BY: CLINTON KILLIAN, Attorney at Law
26        1814 Franklin Street, Suite 600
27        Oakland, CA  94612
28        T: 510-500-5775
```

```
1                    A P P E A R A N C E S
2                         (Continued)
3
4   FOR DEFENDANT, DAVID TARNOWSKI:
5        BY: DAMIAN RICKERT, Attorney at Law
6        109 Jackson Street, Suite 230
7        Hayward, CA   94544
8        T: 510-886-9414
9
10                         ---oOo---
```