```
 1  now?
 2      A.  The end result -- well, I'm not sure what
 3  you're -- ask the question again.  I'm not sure of your
 4  question.
 5      Q.  So you understood that the company might be
 6  stuck with the properties indefinitely, right?
 7      A.  Right.
 8      Q.  Is that not the situation we find ourselves in
 9  now?
10      A.  We are stuck with the properties, yes.  Or at
11  least Simon Chan is stuck with them.  He has them in his
12  name, evidently.
13      Q.  You heard his testimony earlier about holding
14  it for the benefit of the LLCs, correct?
15      A.  Yes, I did.
16      Q.  Do you have any reason to believe that's not
17  true?
18      A.  I have my doubts.
19      Q.  Do you have any evidence that that's not true?
20      A.  No, I have no evidence, sir.
21      Q.  You understood that there were forward-looking
22  statements in the PPM, correct?
23      A.  Yes, sir.
24      Q.  You understood that Chinese law might be
25  materially different from U.S. law in connection with
26  the acquisition and holding of the property, correct?
27      A.  Yes, sir.
28      Q.  You understood that this was a 70-year land
```

```
 1  lease, not a fee-simple acquisition, correct?
 2      A.   Correct.
 3      Q.   You understood that a performance bond was
 4  optional, correct?
 5      A.   I didn't remember that aspect.
 6      Q.   Which sections of the PPM do you believe are
 7  materially false?
 8      A.   I believe that Simon Chan's experience section
 9  was fabricated in order to get us to invest in this real
10  estate investment.  Because of that, I have questions
11  about his resume, although I have no -- no proof of
12  that, whether those were all accurate or not.
13      Q.   Anything else?
14      A.   I -- based on the testimony this morning and
15  yesterday, I have serious doubts as to the accuracy of
16  the potential returns on investment and rent
17  possibilities that were in the PPM in order to get us to
18  invest.
19      Q.   Are you referring to the charts with the
20  projections about the rental market in Beijing?
21      A.   Yes, sir, I am.
22      Q.   So anything else or just those two sections?
23      A.   Without reading all -- whatever number of
24  pages, I think that's all I can say off the top of my
25  head.
26      Q.   Well, fair to say, as you sit here today, the
27  two sections that jump out at you as being materially
28  false is Mr. Chan's experience and possibly the
```

==Q==  projections of the rental market, is that fair?
==A==  Yes, that's fair to say. Yes, sir.
Q.  So I'd like you to -- you can flip through the PPM and just let me know which other sections, if any, you believe are materially false.
A.  When you say "false," are you asking me at the time they wrote this whether they knew they were false or that we have subsequently come to understand is false?
Q.  Let's start with what you now understand or believe are false.
A.  I wouldn't say "false." It looks like mostly wishful thinking at this point, looking back in hindsight, but those are the two that jump out at me.
Q.  Mr. Chan's experience and the projections?
A.  Correct.
Q.  You're specifically referring to Mr. Chan's investment experience in China that starts on page 6, is that fair?
A.  Yes. His investment experience on page 6, and also I believe there was a resume somewhere here that I saw. I'm trying to get my fingers on it now. There it is.
Q.  Page 14 you're referring to?
A.  Page 14. I have no exact knowledge, but based on the now-apparent page 6 inaccuracies, I certainly have my doubts about page 14, as well. I have no proof of that.

Q.  In terms of Mr. Chan's direct experience in the real estate market, from page 6 to page 7, why is that material materially false?

        A.  To me, when I read 2003 purchase, 2600-square-foot condo in Beijing and has rented it, that he himself had done that and it was not other people's money or anybody else's investment, that was his investment that he had done and owned the title to that real estate.

        Additionally, when he does a return on investment, I expected that to be actually realized returns on investment.  We now understand that at least two of these -- or at least the last one anyway was not an accurate return on investment.  It should have said "was in the process of purchasing a golf club villa" or "we expect the return on investment to be" or something to that --

        Q.  Well, he does say estimated ROI in one of the transactions.

        A.  That's in the one above that, yeah.  But he also -- it said purchased four golf course condos, so we believe those were completed more than they were.  And the one on the bottom looks like it was totally completed, but our understanding is now that it wasn't.

        Q.  In any event, which of the sections that you claim are materially false did you actually rely on before you made your investment?

        A.  Well, I think we relied on both the sections I

1  just talked about.  Certainly Simon Chan's investment
2  success and experience in Beijing was critical to this
3  investment.  He was the only guy on the ground from
4  Dragonwood.  None of us were there.  So his experience
5  was -- was probably the most critical thing we had
6  going.
7       Secondly, looking on these returns on
8  investments, the potential profit -- let's face it.
9  That's why people invest in real estate or stocks or
10 anything else.  We relied -- I relied heavily on both
11 those areas.
12     Q.  Are you aware of any additional versions of the
13 PPM beyond the one attached to your complaint in
14 Exhibit 58?
15     A.  I have come to know in the last week because of
16 this lawsuit that there are potentially others out
17 there.  I did not know about that before this week.
18     Q.  Well, you knew the week of January 2nd, 2006,
19 that there was at least one draft of the PPM, right?
20     A.  Yes, I knew about mine on December 20th and the
21 one, the second one that happened early January.
22     Q.  Please turn to Exhibit 57.  An email from David
23 Tarnowski to you, Bill Chan and Mr. Velken dated
24 January 9th, 2006.  Do you see that, Mr. Frazer?
25     A.  Yes, I do.
26     Q.  Is it fair to say this email attached a version
27 of the PPM?
28     A.  Yes, I see it.  Go ahead.  What was your