1  alleged experience of Mr. Chan in Chinese real estate?
2       A.   It does.
3       Q.   Again, on page -- is that the same as in
4  Exhibits 58 and 3?
5       A.   Yes, what we saw earlier.
6       Q.   On page 14, does that contain Mr. Chan's
7  biography?
8       A.   It does.
9       Q.   Is that the same as on Exhibits 58 and 3?
10      A.   Yes.
11      Q.   You invested on what date?  What is the date of
12 your check?
13      A.   January 4th.
14      Q.   Why is this dated five days after?
15      A.   So we were given -- in December, we were given
16 a PPM that we looked at.  I think testimony has
17 already -- Scott was testifying that there were some
18 questions that the investors had, and David Tarnowski
19 had made some updates to the PPM and given them back to
20 us.  After we wrote our check, our -- Gary Mugg took the
21 PPM and our subscription agreement and put it all
22 together and bound it for us.
23      Q.   And then gave it back to you?
24      A.   Right.
25      Q.   As to the two sections we were talking about,
26 they're the same as in the PPM that you previously --
27      A.   Right.  From the very beginning, the first PPM
28 that we saw always had Simon Chan's experience in the

```
 1  real estate market in Beijing.
 2              MR. WALSH:  All right.  Thank you.
 3              THE COURT:  Cross?
 4              MR. WATTERS:  Yes, Your Honor.
 5                      RECROSS-EXAMINATION
 6  BY MR. WATTERS:
 7       Q.   How many versions of the PPM had you seen
 8  before you made your investment?
 9       A.   I really don't know.  I think this one and the
10  one that I saw previous to this one, the one that we
11  actually signed, so I guess two.
12       Q.   Have you ever seen the version of the PPM
13  that's attached to your second amended complaint?
14       A.   I did not see that prior to investing.
15       Q.   You believe there was a different version in
16  December 2005 prior to your investment?
17       A.   Yes.
18       Q.   The one that you're saying had Mr. Chan's real
19  estate experience?
20       A.   I know it had that in there because there was a
21  whole discussion with my husband and I about his -- all
22  of his experience.
23       Q.   When you wrote your check on January 4th, 2006,
24  do you have any way of telling us which version of the
25  PPM you were relying on?
26       A.   It was -- I believe it was the December version
27  or the -- I believe it was the December version.
28              MR. WATTERS:  No further questions.
```

1   Q.   Anything else or just those two sections?
2   A.   There are references to surety bonds in the
3 forward-looking forecast, I guess we'll call them, in
4 the PPM, as well, which, given the risks outlaid in the
5 PPM, I think a reasonable -- at least for me, a
6 reasonable investor would rely on performance bonds or
7 surety bonds as a further backstop to issues arising in
8 the investment.
9   Q.   Anything else or does that cover it in terms of
10 misrepresentations in the PPM?
11  A.   Well, if we include the operating agreement, I
12 would have issues there, as well, with respect to
13 fiduciary duties.
14  Q.   So in terms of the contents of the PPM that you
15 understand my client contributed to that you believe are
16 materially false, that would be the real estate
17 experience on page 6 and 7, as well as the bio, right?
18  A.   Correct.
19  Q.   Do you have any information suggesting that my
20 client prepared any other portions of the PPM?
21  A.   I don't offhand, no.
22  Q.   You wrote your check on January 12th, 2006,
23 correct?
24  A.   Can we go back to that exhibit?
25  Q.   Sure. I believe it's Exhibit 4. Fifth page of
26 Exhibit 4 shows your check.
27  A.   I'm there.
28  Q.   So you wrote your check on January 12th, 2006,

1  A.  It was per Gary's instruction, but again, I say
2  it's a Beijing investment, Dragonwood, yeah.
3  Q.  So before you invested in Dragonwood, have you
4  ever met Simon Chan?
5  A.  Yes, I have, in his house.
6  Q.  Can you describe what's your understanding of
7  what Simon Chan did?
8  A.  Yes.  I heard all of the positive things from
9  Gary Mugg, how successful he was in his real estate
10 investment, and then he -- he's really high-tech, he
11 runs a company and he owns a building in San Jose.  In
12 fact, Gary told me that he met him in his building.  You
13 know, he -- Gary Mugg was an inside wire manager.  He
14 went to inspect the wire and then talked to the owner
15 and he -- Simon Chan was the owner of that building, so
16 that's how they met.  And then all the successful story.
17 And then one day after work -- I wasn't working at that
18 time because I took the incentive package back in 2001,
19 so in 2006, so I was like -- I have more time.  And Gary
20 Mugg, after work, asked me, "Hey, you want to come with
21 me?  I want you to meet this person."  So that was Simon
22 Chan.  So we went to his home in Fremont; the
23 development is called Avalon development.  It was a
24 gated area, and his house is over 5,000 square feet.
25 And it has a panoramic view of the Bay Area.  It was
26 gorgeous.  Impressive.
27 Q.  Now, in conjunction with your second
28 investment, did you receive a PPM?  Private placement

1 memorandum.
2     A. Yes, I did.
3     Q. And would you look at Exhibit Number 3, please.
4 Now, is that the form of the PPM that you received?
5     A. Yes.
6     Q. And referring to page 6 -- well, actually, page
7 7 of that one --
8     A. Yes.
9     Q. -- it listed -- it listed a number of Simon
10 Chan's real estate purchases. Do you see that?
11     A. Yes.
12     Q. Was that important to you in making your
13 investment?
14     A. Yes. It's very important because Gary is
15 local, and we need local in the United States. And
16 because this project Dragonwood is investment in
17 Beijing, so we need an expert local in Beijing to -- you
18 know, and with the real estate experience. So it's very
19 essential, I mean, for me to put the investment in.
20 These are the essential factors for me to make the
21 decision to invest.
22     Q. Was this a lot of money for you to invest?
23     A. It is a lot, yes.
24     Q. And did you visit Beijing in connection with
25 this investment?
26     A. Yes, I did. In February 2007, at that time I
27 wasn't working, and Gary had a plan to go inspect, you
28 know, check out the status, the progress of the -- of