```
 1    your third sentence of your e-mail to Mr. Tarnowski is, "The
 2    REs in China are not sold yet.  They are generating good
 3    monthly return."  Right?
 4         A.   Yes, that's what it says.
 5         Q.   But, in fact, the real estate items in Items 5 and 6
 6    that you had sent to Mr. Tarnowski earlier were not generating
 7    any returns?
 8         A.   No.
 9         Q.   So your statement to Mr. Tarnowski here in fact is
10    not true?
11         A.   It's not hundred percent true.
12         Q.   In other words, it's false?
13         A.   It's not hundred percent false.  Only two out of the
14    six.
15         Q.   It's false as to two out of the six?
16              THE COURT:  So it's one-third false?
17              THE WITNESS:  Yeah.
18              THE COURT:  Okay.  Thanks.
19              MR. WATTERS:  So the majority of it is true, Your
20    Honor.
21              THE COURT:  All right.
22              MR. KILLIAN:  66 is still a failing grade.
23              THE COURT:  Okay.  Let's move on.
24    BY MR. SAFFOURI:
25         Q.   So in the -- just sticking to this exhibit briefly,
26    Mr. Tarnowski below -- the embedded e-mail below refers to an
27    attached addendum to the executive summary.  Do you see that?
28              It says, "See attached addendum to the executive
```

```
 1   STATE OF CALIFORNIA      )
                              ) ss:
 2   COUNTY OF CONTRA COSTA )

 3

 4                  CERTIFICATE OF OFFICIAL REPORTER

 5

 6           I, December Moore, CSR No. 8718, do hereby certify

 7   that the foregoing transcript, pages numbered 523 through 609,

 8   inclusive, in the matter of MICHAEL SCOTT FRAZER, et al.,

 9   versus SIMON CHAN, et al., and related CROSS-COMPLAINT, Case

10   No. MSC-14-00633, was reported by me, a Certified Shorthand

11   Reporter, on the date of July 21, 2017, and transcribed by

12   computer under my direction and control, and constitutes a

13   true and complete transcript of said proceedings.

14

15

16

17           Dated: August 9, 2017.

18

19

20

21                              _____

22                              DECEMBER MOORE, CSR No. 8718

23

24

25

26

27

28
```

# Exhibit B

**Subject:** Dragon docs
**From:** David Tarnowski <davidtarnowski@yahoo.com>
**Date:** 11/2/05, 4:31 PM
**To:** Gary Mugg <gjmugg@pacbell.net>, Simon Chan <schan002@yahoo.com>

Gary,

Need now:
1. Your resume
2. Interest rate on seller carryback
3. Tax types and rates
4. Simon's other RE successes
5. Business address in China
6. Stats on Dragonwood GC

See attached draft number 2, version 1D.

—David

_____
Yahoo! Mail — PC Magazine Editors' Choice 2005
http://mail.yahoo.com

— Attachments: ————————————————————————————

    ExecSummDragonWood_1D.pdf                                    864 KB

Case: 18-04060    Doc# 47-13    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 4
of 20

**Subject:** RE: DragonWood docs
**From:** "Matteo Daste" <MDaste@lpslaw.com>
**Date:** 11/29/05, 6:20 PM
**To:** "David Tarnowski" <davidtarnowski@yahoo.com>, "Gary Mugg"
<gjmugg@pacbell.net>, "Simon Chan" <schan002@yahoo.com>

Hi David:

Thank you for the email. One observation: it was my understanding, based on the last conversation with you and Gary, that you were initially only sharing the first two documents (concerning the property, and not the company or the offering); and that you were reserving the actual terms of the proposed offering and the eligibility questionnaire for those persons who expressed some interest, and were further holding on to the LLC Operating Agreement for delivery of that document only to actual purchasers in conjunction with the PPM.

Since you, Gary and I had only checked off the first two documents, I suggest a conference call tomorrow to go over the principal terms document and check that document off before you use it (maybe you haven't sent it out yet!). For example, I feel that the disclosure on Chinese Law ("Current Chinese Tax Law varies across the country and is often changed and mostly ignored...") is probably inadequate and potentially dangerous in terms of liability if it somehow implies that nonpayment of property taxes is OK based on customs.

I am available any time after 9 a.m. to discuss. I ask you and Gary to let me know a time that would work to speak.

Thank you.

Matteo

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, please notify Leland, Parachini, Steinberg, Matzger & Melnick, LLP immediately at 415-957-1800 or the sender at mdaste@lpslaw.com and destroy all copies of this message and any attachments. Thank you.

-----Original Message-----
**From:** David Tarnowski [mailto:davidtarnowski@yahoo.com]
**Sent:** Tuesday, November 29, 2005 5:52 PM
**To:** Gary Mugg; Simon Chan; Matteo Daste
**Subject:** DragonWood docs

Attached are the docs that I am distributing to interested parties.

–David

Yahoo! Music Unlimited – Access over 1 million songs. Try it free.

Case: 18-04060    Doc# 47-13    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 5
of 20

**Subject:** changes made to doc
**From:** Simon Chan <schan002@gmail.com>
**Date:** 12/16/05, 8:29 PM
**To:** David Tarnowski <davidtarnowski@yahoo.com>, "Gary J. Mugg"
<gjmugg@sbcglobal.net>, Gary Mugg <gjmugg@gmail.com>

David and Gary,

Attached are the edited doc.  My gif editor does not support text addition.  Can you have pearl add some captions to the BJ map.  The small red oval is the location of the Dragonwood property.  The dark grey rectangle between the 4th and 5th ring on the south side of the city is the new commercial airport.

Thanks,
Simon

── suburbs_english1_sc.gif ────────────────────────────────

── Attachments: ──────────────────────────────────

PPMmatteo2005_12_06B_3_dt_5_gm_sc.DOC                        328 KB

suburbs_english1_sc.gif                                     25.9 KB

Case: 18-04060   Doc# 47-13   Filed: 02/04/19   Entered: 02/04/19 06:37:11   Page 6 of 20

**Subject:** RE: PPM final draft for your approval
**From:** "Gary J Mugg" <gjmugg@pacbell.net>
**Date:** 12/20/05, 3:49 PM
**To:** "'Matteo Daste'" <MDaste@lpslaw.com>

Will get on the Form D stuff soon…haven't had a chance to get to it yet.  I think we are going to forego any more discussion and go immediately to print… we are pretty far behind on our timeline as it is.  I'll contact you later this week.  Thanks for all your help.

gjm


Attorney Client Privileged - do not forward without express written approval from the
Law Offices of G. J. Mugg
225 Bush Street, 16th Floor
San Francisco, CA 94104
Phone:415 439-8828  Fax:415 439-8829
http://www.gjmugg.com

---

**From:** Matteo Daste [mailto:MDaste@lpslaw.com]
**Sent:** Tuesday, December 20, 2005 3:17 PM
**To:** Gary J Mugg
**Subject:** RE: PPM final draft for your approval

Great; I am here available to discuss though. Let's have him circulate one more draft before it goes to print. Also, have you had a chance to complete the information on the Form D that I faxed last week?

    -----Original Message-----
    **From:** Gary J Mugg [mailto:gjmugg@pacbell.net]
    **Sent:** Tuesday, December 20, 2005 3:19 PM
    **To:** Matteo Daste
    **Cc:** David Tarnowski; Simon Chan
    **Subject:** RE: PPM final draft for your approval

    Thanks for the input….I passed it on to David & he will make the appropriate changes.

    gjm


    Attorney Client Privileged - do not forward without express written approval from the
    Law Offices of G. J. Mugg
    225 Bush Street, 16th Floor
    San Francisco, CA 94104
    Phone:415 439-8828  Fax:415 439-8829
    http://www.gjmugg.com

---

**From:** Matteo Daste [mailto:MDaste@lpslaw.com]
**Sent:** Tuesday, December 20, 2005 2:16 AM
**To:** Gary J Mugg
**Subject:** RE: PPM final draft for your approval

Gary:

No heartburn; the document looks pretty good as far as property information. However, please see comments below. They primarily relate to figures and numbers - it is important to have the numbers right or else the entire document is open for challenge even if the content is otherwise acceptable..

Page 1. Best to have a single company address. Update date in footer.

Page 2.
(a) Use of term "Property" should be uniform. i.e. to either designate the Dragon Woods complex as a whole, or the two towers that the LLC proposes to acquire. this is a global comment applicable to the entire document. Switching among townhouses, units, condos etc can be confusing for the reader.
(b) There is no "map below".

Page 3.
(a) Cash Flow. Disclose total projected cash flow between 2006 and 2009.
(b) Project yield. Clarify if it is only property appreciation or a combination of rental income and appreciation.
(c) Acquisition Costs table. Indicate if these are specific figures applicable to Dragon Woods or "projected" figures.

Page 4. Income Study table. Indicate if these are projected figures. Add totals to table. Clarify if occupancy rate in footnote 1 is estimated. I don't understand the last two lines.

Page 5.
(a) Expense Study table. Indicate if these are projected figures.
(b) Manager's Capital Contribution. Add a couple of sentences summarizing Manager's compensation.
(c) Excess Cash flow and Proceeds from Sale. Is 150% projected return constant even if less than 24 are purchased?

Page 8. Property Financing. Figures don't quite add up.

Page 10. Manager's Compensation.
(a) Double check it against Management Fees on p. 18. It does not seem consistent with this number.
(b) Sale Fee. 20% of "net proceeds" I think.

Page 11. The Property.
(a) "Purchaser" responsible to finish the units
(b) Price of $240,000 seems off range given on p. 3 (assuming p.3 refers to Dragon Woods).

Page 12. Financial Summary. $400,000 current market price per unit. Check for consistency.

Page 17. The Offering. 2.5% interest is assuming sale of all 40 units. Fix Minimum Offering Amount.

Page 18. Use of Funds Table. Check number for consistency. Fix footnote 1.

Page 19. Chinese Law. It would be advisable to have some kind of opinion from Chinese counsel or at least an appendix written by Chinese counsel. That would shift some of the liability and would also look good for investors.

I am assuming the information in the appendixes is accurate.

What's the projected tally of number of investors?

I am keeping an eye at the legal fees budget but with your approval I will be happy to make the write up for the changes above tomorrow, as well as cleaning up typos etc. so that it looks good for printing.

I am going to be in a meeting in the East Bay in the morning but I will be back at the office and available to discuss in the later part of the afternoon.

Matteo

-----Original Message-----
**From:** Gary J Mugg [mailto:gjmugg@pacbell.net]
**Sent:** Friday, December 16, 2005 1:24 PM
**To:** Matteo Daste
**Subject:** FW: PPM final draft for your approval

Please let me know if there is anything here that would give you heartburn; also…I left a message re: subscription agreement.

gjm


Attorney Client Privileged - do not forward without express written approval from the
Law Offices of G. J. Mugg
225 Bush Street, 16th Floor
San Francisco, CA 94104
Phone:415 439-8828  Fax:415 439-8829
http://www.gjmugg.com

**From:** David Tarnowski [mailto:davidtarnowski@yahoo.com]
**Sent:** Friday, December 16, 2005 1:12 PM
**To:** Gary Mugg; Simon Chan
**Subject:** PPM final draft for your approval

Simon and Gary,

Please review.  Note that the Appendices are each separate documents and will be bound together for printing and for a final, single pdf file.  Also there will be separate signatory pages that will be returned to us with a check for payment.

-David

_____

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around

Case: 18-04060    Doc# 47-13    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 9 of 20

http://mail.yahoo.com

Case: 18-04060    Doc# 47-13    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 10 of 20

**Subject:** Re: Dragon PPM
**From:** David Tarnowski <davidtarnowski@yahoo.com>
**Date:** 12/20/05, 10:43 PM
**To:** Julie Lam <jlam619@yahoo.com>

Julie,

I sent you an old file.  Please replace the PPM file with the attached.

–David



*Julie Lam <jlam619@yahoo.com>* wrote:

> Hi David,
>
> Thanks for sending me the files. The management fees are more reasonable now.
> Once I finish reading all of them I'll call you to discuss further.
>
> Julie Lam
> 736–1108
>
>
> *David Tarnowski <davidtarnowski@yahoo.com>* wrote:
>
>> Hi Julie,
>>
>> I am forwarding you the PPM in pdf for you to look at.
>> The things that I accomplished are positive.
>>
>> 1. The fees to the founders is based on 10 percent of
>> the rental revenue.
>>
>> 2. The rental revenue results in a positive cash
>> position throught the 36 months of the property before
>> the sale of the portfolio.
>>
>> 3. The final cash distribution is flat: 80 percent
>> to the LCC members and 20 percent to the
>> founders/managers.
>>
>> 4. Simon will be bonded and Gary will carry adequate
>> insurance.
>>
>> 5. Dragonwood can incrementally purchase condo units
>> on a continuous basis.

6. There is no capital gains tax after 3 years from investment.

7. It looks like a minimal level of return for each $150K unit is $375K. This will increase if the RMB gets stronger, the marker heats up an additional amount as a result of the Olympics or the rents in years two and three increase more than 8 percent per year.

Let me know what you think.

–David Tarnowski
925 254–1189

_____

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

_____

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

_____

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

─ Attachments: ───────────────────────────────────────────

   PPM_Dragon_2005_12_20_1A–1.pdf                    469 KB

Case: 18-04060    Doc# 47-13    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 12 of 20

**Subject:** RE: Rocket meeting
**From:** "Bill Chan" <bill@opmrocks.com>
**Date:** 12/21/05, 9:18 AM
**To:** "'David Tarnowski'" <davidtarnowski@yahoo.com>, "'Scott Frazer'"
<msfrazer@comcast.net>, "'Tom'" <tom@vikingre.com>

I can make it — Tom is in Tahoe until Friday.

-----Original Message-----
From: opmroc71@svr71.ehostpros.com [mailto:opmroc71@svr71.ehostpros.com] On
Behalf Of David Tarnowski
Sent: Wednesday, December 21, 2005 9:05 AM
To: Bill Chan; Scott Frazer; Tom
Subject: Rocket meeting

Hey,

Need to meet tomorrow AM if possible
Agenda:

1.  Parts' Vendors
2.  Lee Mah RFQ
3.  Lee Mah pickup A20 Chassis
4.  NAMM Membership
5.  NAMM Show attendance
6.  Speaker prototype #2
7.  Schumacher OP transformer size and cost & proto
8.  Cabinet mfr
9.  Protos for NAMM in other vendors' booths


—David


_____
Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Case: 18-04060   Doc# 47-13   Filed: 02/04/19   Entered: 02/04/19 06:37:11   Page 13 of 20

**Subject:** RE: Pdf of PPM
**From:** "Gary J Mugg" <gjmugg@pacbell.net>
**Date:** 12/22/05, 3:34 PM
**To:** "'David Tarnowski'" <davidtarnowski@yahoo.com>

Have you sent these to Julie yet?

gjm

Attorney Client Privileged - do not forward without express written approval from the
Law Offices of G. J. Mugg
225 Bush Street, 16th Floor
San Francisco, CA 94104
Phone:415 439-8828  Fax:415 439-8829
http://www.gjmugg.com

---

**From:** David Tarnowski [mailto:davidtarnowski@yahoo.com]
**Sent:** Thursday, December 22, 2005 3:00 PM
**To:** Gary Mugg
**Subject:** Pdf of PPM

Gary.
These are pdfs and slightly lower resolution on the pictures than what I produce on my 1200 dpi printer.
-David

---

Yahoo! Photos
Ring in the New Year with Photo Calendars. Add photos, events, holidays, whatever.

Case: 18-04060   Doc# 47-13   Filed: 02/04/19   Entered: 02/04/19 06:37:11   Page 14 of 20

**Subject:** Dragon PPM rev 2
**From:** David Tarnowski <davidtarnowski@yahoo.com>
**Date:** 1/9/06, 2:05 AM
**To:** Bill Chan <bill@opmrocks.com>, Scott Frazer <msfrazer@comcast.net>, Tom <tom@vikingre.com>

Tom,

Attached are three files for your review.  To summarize the changes, I received approval of all the changes and clarifications that we discussed last week.  I tool care of inconsistencies and allow for the membership vote on distribution of interim rental income profits.  See Subscription Agreement Article XII. pg 30.

I made all the charts consistent with Monthly, 24 units and the full investment amount of $6 million for the series.

As Bill requested, I have included the plat.

I am not attaching the Appendices because they are too large.  Your further comments are welcome.

I will bind the copies and see you at 7:45AM

–David

```
_____
```
Yahoo! DSL — Something to write home about.
Just $16.99/mo. or less.
dsl.yahoo.com

—Attachments:————————————————

| | |
|---|---|
| PPM_Dragon_2005_12_20_1A–2 version accpt'd.DOC | 428 KB |
| Dragon_Ser A Subscription_Agreement_3a–2.DOC | 254 KB |

Case: 18-04060   Doc# 47-13   Filed: 02/04/19   Entered: 02/04/19 06:37:11   Page 15 of 20

**Subject:** PPM Dragon version 2
**From:** David Tarnowski <davidtarnowski@yahoo.com>
**Date:** 1/9/06, 2:19 AM
**To:** Gary Mugg <gjmugg@sbcglobal.net>, Gary Mugg <gjmugg@pacbell.net>

Gary,

Attached are the edits to the PPM.

—David

_____
Yahoo! DSL — Something to write home about.
Just $16.99/mo. or less.
dsl.yahoo.com

──Attachments:──────────────────────────────────

   PPM_Dragon_2005_12_20_1A-2.DOC                          438 KB

Case: 18-04060   Doc# 47-13   Filed: 02/04/19   Entered: 02/04/19 06:37:11   Page 16 of 20

**Subject:** Dragon Docs
**From:** David Tarnowski <davidtarnowski@yahoo.com>
**Date:** 1/10/06, 1:46 PM
**To:** Tom Velken <tom@vikingre.com>

Tom,
Attached is the current PPM for Dragonwood LLC
—David

_____
Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

──Attachments:───────────────────────────────────────

  PPM_Dragon_2005_12_20_1A-4.pdf                                    284 KB

# Exhibit C

| Date | Plaintiff | Amount | Interest | Total |
|---|---|---|---|---|
| November 6, 2005 | Jule Lam | $100,000.00 | $81,909.59 | $181,909.59 |
| January 4, 2006 | Bill & Michelle Chan | $75,000.00 | $60,583.56 | $135,583.56 |
| January 4, 2006 | Scott Frazer | $150,000.00 | $121,167.12 | $271,167.12 |
| January 12, 2006 | Tom Velken | $75,000.00 | $60,468.49 | $135,468.49 |
| February 20, 2006 | Alan Miller | $75,000.00 | $59,907.53 | $134,907.53 |
| May 13, 2006 | Julie Lam | $75,000.00 | $58,728.08 | $133,728.08 |
| May 15, 2006 | Jeff Chang | $75,000.00 | $58,699.32 | $133,699.32 |
| May 12, 2007 | Julie Lam | $37,500.00 | $26,746.23 | $64,246.23 |
| | | $662,500.00 | $528,209.93 | $1,190,709.93 |

Date of Calculation:        July 17, 2017

JULIE TRAN LAM
HERMAN LAM
420 STONEYBROOK CT
DANVILLE, CA 94506

3347

11-7647/3210
BRANCH 65

Nov. 6, 05
Date

Pay to the
Order of *Adept Properties L L C* | $100,000

*One hundred thousand &* Dollars


Patelco
Credit Union
San Ramon-Crow Cyn • Branch #66
3415 San Ramon Valley Blvd #11
San Ramon, CA 94583
415-442-6200

For *Investment Project would ge if A* *Jul W Lam*

⑆321076470⑆ ⬛⬛⬛⬛⬛⬛ ⑆ 3347

---

# BANK OF THE WEST

## THIS IS YOUR RECEIPT

ALL ITEMS RECEIVED ARE SUBJECT TO THE TERMS OF YOUR DEPOSIT ACCOUNT AGREEMENT
ON FILE IN THIS BANK. ALWAYS OBTAIN AN OFFICIAL RECEIPT TO MAINTAIN YOUR RECORDS.

NOTICE:   Deposits may not be available for immediate withdrawal.

11/07/05 ⬛⬛⬛⬛⬛⬛ OP CK 1112
042-121776        $ 100,000.00 DP

MEMBER FDIC
033-03022 (Rev 03/02)