**TOMAS J. VELKEN**
**DONNA VELKEN**
1230 VIA GABARDA   PH. 925-279-2293
LAFAYETTE, CA  94549

11-7022/11
3210
011701010
DATE 1/2/06

1966

PAY TO THE ORDER OF  DRAGONWOOD SOLIET A            | $ 75000 00/12

SEVENTY FIVE THOUSAND                          00/12  DOLLARS

**CALIFORNIA SAVINGS BANK**
Lafayette Office
3329 Mt. Diablo Boulevard, Lafayette, CA 94549

MEMO

�semicolon321070227semicolon              ⑤1966

---

**WILLIAM S. CHAN**
**MICHELLE M. FANTO-CHAN**
3370 SPRINGHILL RD.
LAFAYETTE, CA 94549-0000

charlesSCHWAB
Date  1/1/06

1030

Pay to the
Order of  Dragonwood LLC-script A          | $ 75000

Seventy five thousand                        Dollars

Charles Schwab Bank, N.A.
Reno, Nevada

Investor Checking

Dragonwood

�semicolon121202211semicolon              1030

---

**MICHAEL SCOTT FRAZER**
**PHYLLIS W. FRAZER**
P.O. BOX 1356
LAFAYETTE, CA 94549-1356

**SchwabOne®**

767

3-5/310
159

DATE  Jan 4, 06

PAY TO THE
ORDER OF  Dragonwood LLC          | $ 150,000.00

one hundred and fifty thousand + 00/100  DOLLARS

Charles Schwab
The Bank, N.A.
Philadelphia, PA

FOR  Dragonwood

�semicolon031000053semicolon              20767

**Check 3431**

JULIE TRAN LAM
HERMAN LAM
420 STONEBROOK CT
DANVILLE, CA 94506

3431

11-7547/3210
BRANCH 98

May 13, 06

Pay to the order of: *Dragonwood LLC Series A* $ 75,000.00

*Seventy five thousand only* Dollars

**Patelco** Credit Union
5819 San Ramon Cres. Branch #56
San Ramon, CA 94583
415-442-6206

For *Beijing Investment*  Julie Lam

⑆3210 6470⑆  ⑈3431

---

**Check 6681**

JEFF M. CHANG
ANN T. TRAM
437-D COSTA MESA TER
SUNNYVALE, CA 94085

6681

11-35/1210
570

date 5-15-06

PAY to the order of: DRAGNWOOD LLC Serin A  $ 75,000.00

*Seventy Five Thousand* dollars

**Bank of America**
Sunnyvale Industrial
1351 N Sequoia Ave
Sunnyvale CA
408.245.0238

for  Jeff Chang

⑆121000358⑆6681

SEA TREASURER

---

**Deposit Slip**

DRAGONWOOD LLC SERIES A
1255 BUSH ST 16TH FLR
SAN FRANCISCO, CA 94104

DATE

ENDORSE & LIST CHECKS SEPARATELY OR ATTACH LIST
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

| | DOLLAR | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS | | |
| 1 11-7547/3210 | 75,000 | 00 |
| 2 11-35/1210 | 75,000 | 00 |
| ... | | |
| TOTAL FROM ATTACHED LIST | 150,000 | 00 |
| TOTAL DEPOSIT | 150,000 | 00 |

**BANK of WEST**
San Francisco Main Office
393 BUSH ST
SAN FRANCISCO CA 94286
1-800-488-2265

TOTAL ITEMS  Ø 1  $  150,000.00

⑆500 10001 5⑆

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

ADEPT PROPERTIES LLC
225 BUSH STREET 16TH FL
SAN FRANCISCO, CA 94104

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY
ATTACH LIST

DATE

| | DOLLARS | |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS | 37,500 | |
| 1 N-7647/3210 | | |

San Francisco Main Office
711 BUSH ST.
SAN FRANCISCO, CA 94108
1-800-488-2265

BANK OF THE WEST

TOTAL ITEMS  ∅ 1  $  37 500.00

⑆500 1000 15⑆ ▮▮▮▮ 0⑈

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

---

JULIE TRAN LAM
HERMAN LAM
420 STONEYBROOK DR
DANVILLE, CA 94506

3605

11-7647/3210
BRANCH 66

May 12, 07  Date

Pay to the order of  Adept Property LLC  | $ 37,500.00

Thirty seven thousand five hundred  00/100  Dollars

Patelco

For  Beijing Investment    Julie Lam

⑆321076470⑈ ▮▮▮▮  3605

ALAN G. MILLER
168 PARKVIEW DRIVE · PH. 847-487-6883
WAUCONDA, IL 60084

2-799
710

1707

DATE _Feb. 20, 2006_

PAY TO THE ORDER OF _Dragonwood LLC_    $ _75,000_

_Seventy Five Thousand_ DOLLARS

**BANK ONE.**

MEMO _____

_Alan G Miller_

⑈071000013⑈    ⑈1707

90-78/1211

DRAGONWOOD LLC SERIES A
225 BUSH ST 16TH FLR
SAN FRANCISCO, CA 94104

DATE _____

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ENDORSE & LIST CHECKS SEPARATELY OR
ATTACH LIST

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| TOTAL CASH | | |
| CHECKS | | |
| 1  2-1-799 / 770 | 75,000 | 00 |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| TOTAL FROM ATTACHED LIST | 75,000 | 00 |
| PLEASE ENTER TOTAL HERE $ | 75,000 | 00 |

⑈500100015⑈

TOTAL ITEMS

_0_

$

_75,000_

.00

# Exhibit D

# DRAGONWOOD, LLC
### a Delaware Series LLC

### CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM

January 10th, 2006

### OFFERING OF UP TO $4,200,000
### IN SERIES A LLC MEMBERSHIP INTERESTS

Dragon Woods, Beijing, China



Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 6
of 30



For more information, contact:

Gary J. Mugg
Phone: 415 439-8828
Fax: 415 439-8829
gjmugg@pacbell.net

David Tarnowski
Phone: 925 788-4169
Fax: 415 439-8829
david@visionstart.com

Dragonwood, LLC
225 Bush Street, 16th Floor
San Francisco, CA 94104

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 7
of 30

## EXECUTIVE SUMMARY AND INVESTMENT HIGHLIGHTS

### $4,200,000 Total Equity Sought
### Up to 28 Investment Units of $150,000 each

**THE COMPANY**

Dragonwood, LLC is a newly formed Delaware limited liability company that was organized to acquire, finish, own, operate, and sell the Property. The Company is managed by Adept Properties, LLC, a California limited liability company. The officers of Adept Properties, LLC are Simon Chan, Gary Mugg and David Tarnowski.

**THE PROPERTY**

Dragon Woods is a new luxury development comprised of over 1500 Villas, Condominium Apartments, and Condominium Townhouses, that are currently, in part, still under construction. Dragon Woods is located approximately 20 miles south from downtown Beijing, China. See Appendix F, attached to this Summary. The specific properties that the Company proposes to acquire consists of two condominium complexes of 12 condominiums each in Dragon Woods, as identified in the map in Appendix D, and as hereinafter referred to as the Property. Each complex has twelve unfinished units, which the Company proposes to custom-finish with luxury appointments for rent as furnished, serviced apartments, and later sell as an aggregate or singly into the luxury condominium market segment. Please note that "Dragon Woods" is the name of the golf course complex including the course, residential and commercial buildings and the Spa. "Dragonwood" is the name of the LLC and the group of Condominiums that the LLC is purchasing and developing.

**ADVANTAGEOUS PURCHASE PRICE**

The Company will acquire the Property as a shell for a competitive price of $144,000 per condominium. Dragonwood management will then build out the interior of the condominiums, add elevators and fully furnish each one using all high end materials and top contractors. The costs and expenses necessary to finish and fully furnish the Property will bring the total acquisition price to $245,000

**LOCATION**

The Property is located approximately 20 miles south of the CBD (Central Business District) of the city of Beijing, China, and lies within the city limits of Beijing. The Property has convenient access to transportation and employment, retail, recreational and cultural facilities. Beijing is the second largest city in China and is classified as the one of the fastest growing cities in the world. Modern highways as well as a light rail system in 2008 conveniently connect Dragon Wood and Beijing. The rail system has a stop within two blocks of Dragon Wood.

**BEIJING MARKET STRENGTH**

The Beijing luxury condominium market has experienced strong growth over the last five years. The market vacancy rate fluctuates greatly as large projects with multiple units become available and the demand takes up the new supply. There is a lack of the type of market reporting that is prevalent in the U.S., and the most recent report available is from October 2005 and is attached as Appendices A. and B What is apparent is that there exists no direct competitive

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 8 of 30

property when considering the benefits offered by the Property. Continued demand and increasing rents are forecast in the foreseeable future, as a result of the area's continuing economic strength and relative shortage of luxury housing. In 2008, the City of Beijing will host the Olympics, which will serve to introduce the capital of China to a new and broader segment of the World.

## VALUE ADDED OPPORTUNITY

The Company intends to create and enhance value through focused marketing to Western corporate expatriates on assignment in China, and through professional management services for the Property. The Property offers high-end tenants luxury housing, with many amenities including, but not limited to, complimentary golf course club membership, five-star international and local cuisine dining and resort facilities, as more specifically described in Appendices C, D and E to this Memorandum. In addition the Longxi hotel complex offers executive class accommodations and meeting rooms with modern audio-visual and internet facilities, as shown in Appendix G. At present, the high end residential rental market in Beijing is still lacking product that provides golf membership. In the Dragon Woods community, most residences are owner occupied and the golf memberships are registered to the names of the home owners and not transferable to their prospective tenants, thus not a competitive factor to the Property. The Dragon Woods community consists of an 18-hole championship golf course and elaborate indoor hot spring spa facilities. An additional 18-hole golf course is under construction and is scheduled to be completed by the year 2006. Such amenities are unique in the residential market in Beijing, and perhaps in China. Appendix C presents a range of comparable properties in the mid to luxury range, but keep in mind that the amenities are not represented in any of the comps.

## CASH FLOW

It takes an average of two months to build-out and furnish each condo. As condos are purchased, built-out, furnished and rented over time, the rental rates are projected to increase along the trends of the last few years. Each condo is projected to produce cash flows of $2520 per month for the first 12 months after it is rented. During the 12 months (13th to 24th months) the average rental income is estimated to be $2750 per month per condo. For months 25 to 36, which includes the Beijing 2008 Olympics, the average rental rate over that period is estimated at $3200 per month per condo. Also planned for the Spring and Summer of 2008, is a short-term program for Olympics business people and attendees at rates that could be averaging in the range of $8000 per month. Cash flow from rental income is shown in Appendix H and is cash positive for the analysis which assumes low rent figures.

## PROJECTED YIELD

The Property is projected to yield about 45 percent average annual return to investors based on a reference sale of condominium units in December 2008. A return on investment for the 36 month period is projected to be 175 percent. This is approximately $410,000 cash out on each $150,000 unit purchased in this offering. The projected yield is inclusive of rental income generated by the Property less expenses and fees.

## THE OFFERING

The Company is seeking to raise a total of up to $4,200,000 in equity capital through the sale of up to 28 Series A LLC membership interests ("Units") in the Company for $150,000 each. Each Unit will represent a 3.6% interest in the Company if 28 Units sold, subject to the terms and conditions described in the Company's Operating Agreement. The Manager has acquired one LLC

Confidential Private Placement Memorandum 2A-2

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 9 of 30

Unit for $150,000 for its own account and the $4,200,000 sought is inclusive of the Unit already acquired by the Manager. Membership LLC Units are units of ownership in Dragonwood LLC, which in turn owns up to 24 condominiums.

## Acquisition Cost and Projected Selling Price per Condo Study

|  | Average | Low Estimate | High Estimate |
|---|---|---|---|
| Dragonwood Acquisition Cost per single Condo[1] | $245,000 | $235,000 | $255,000 |
| Projected Market Sale Price per Condo 9-2006 | $475,000 | $400,000 | $650,000 |
| Projected Market Sale Price per Condo, 12-2007 | $600,000 | $500,000 | $750,000 |
| Projected Market Sale Price per Condo, 12-2008 | $900,000 | $700,000 | $1,250,000 |

1 - Acquisition Cost is equal to purchase price of Condo plus build-out and furnishings
2 - Low and High Estimates based on DTZ Beijing Market Report (2005-09), but not accounting for the unique amenities of the Property.

The Dragonwood properties, because of our options to purchase, have a below market acquisition cost, and are, at all times, very liquid and profitable as a fixed asset, due to the upward trend of luxury residential real estate – especially in Beijing. All condominiums are two-story, and are either ground level (story one and two) or upper level (story three and four). Each condominium has three bedrooms, three bathrooms, and ample private and common indoor and outdoor areas. Please refer to Appendix B for floor plans and pictures of furnished models.

## Rental Income Study

| Monthly Rental Rates[1] | Dragonwood | Low Estimate | High Estimate |
|---|---|---|---|
| Current Market Rent per single Condo | $2,520 | $2,500 | $4,000 |
| Market Rent per Condo 9-2006 | $2,500 | $2,500 | $4,000 |
| Projected Market Rent per Condo, 3-2007 (8.5% increase) | $2,750 | $2,710 | $4,340 |
| Projected Market Rent per Condo, 3-2008 (8.5% increase) | $3,200 | $2,940 | $4,710 |

1 - Estimates are taken from DTZ, a third party report of March 2005.

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 10 of 30

Total Operating Income from start to finish in 12-2008 for 24 Condos is estimated between $1.7 and $2.5 million.  Below is an analysis of the low end of this projection.  The conclusion is that after all costs, fees, taxes, maintenance reserves and rental commissions; the property has positive cash flow and a surplus at the end of 36 months which is returned to the LLC members.

**Rental Income and Expense Projections for 24 Condos over 36 months**

| | |
|---|---:|
| **Income** | |
| Gross Market Rent | 1,859,735 |
| Rent Concessions/Incentives | 0 |
| Gross Potential Rent | 1,859,735 |
| | 0 |
| Vacancy | -111,584 |
| Credit Loss | -37,195 |
| NET RENTAL INCOME | 1,710,956 |
| | |
| Other Income | 0 |
| GROSS OPERATING INCOME | 1,710,956 |
| | |
| **Expenses** | |
| Property Taxes | 1,047,887 |
| Rental Taxes | 85,548 |
| Property Insurance | 38,324 |
| Surety Bond | 25,110 |
| Property Management Fee (10% of gross rent) | 171,096 |
| Utilities | 0 |
| Repairs and Maintenance | 170,247 |
| Unit Turnover Expense | 48,000 |
| General & Administrative | 13,266 |
| Investor Relations cost | 82,500 |
| Marketing | 3,750 |
| Rent Commission (6% of one year's rent) | 117,054 |
| TOTAL EXPENSES | 754,894 |
| | |
| **NET OPERATING INCOME** | 956,062 |
| | |
| Replacement Reserves | 150,000 |
| NET CASH FLOW | 806,062 |
| | |
| Debt Service (Int. only payments) | 248,858 |
| | |
| Equity Return on Rental Income Only | |
| Equity Yield | 14.08% |
| Equity Return | 707,204 |

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 11 of 30

**INVESTMENT OBJECTIVES**

The primary objectives of the Company are to (i) acquire the Property and immediately complete interior construction to luxury level finishes and specifications; (ii) implement a professional management program and rent the condominiums; and (iii) position the Property for sale to take advantage of projected favorable market conditions in connection with the 2008 Beijing Summer Olympics.

**MANAGER'S CAPITAL CONTRIBUTION**

The Manager has acquired one (1) Investment Unit for an aggregate amount of $150,000 on terms and conditions identical to those being offered herein. In addition, the Manager or its affiliates reserve the right to purchase additional Units at any time while the Offering is still open.

**MANAGER'S DIRECT EXPERIENCE IN THE REAL ESTATE MARKET**

The Management has extensive experience in the investment real estate market, including recently in China and Beijing.

- 2003.  Purchased 2600 sq. ft. condo in Beijing for $350K and has rented it to an expatriate for $4,000 per month on a 3-year lease.  ROI 13.7%
- 2003.  Purchased 1450 sq. ft. condo in Beijing for $200K and has rented it to an expatriate for $2000 per month on a 2-year lease.  Condo has no club house or other extra amenities. ROI 12%
- 2005.  Purchased a 1600 sq. ft. commercial condo in Beijing for $600K and has leased it to a hair salon operator for $9,000 per month on a 5-year lease.  Rental agreement includes rate increase adjustment of at least 10 percent after 3 years.  ROI 18%
- 2005.  Purchased four golf course condos at 1800 sq. ft. in Beijing to be delivered in 2006 for $137K each.  To be leased at $2200 per month.  Estimated ROI 19%
- 2005.  Purchased a golf club villa at 5000 sq. ft. in Beijing for $620K and leased the property for $9,000 per month.  ROI 17%

Income property experience in California:

- 1993.  Purchased a 4-story 46,000 sq. ft. new office building in downtown San Jose, California for $1.05 million.  Brought occupancy rate up to 95 percent and monthly rent roll to $50K in 18 months.  Sold the income property for $5 million four years later.  ROI 500%

Founders currently have over $50 million of property under management, including the following and other smaller condominium associations.

- Mercado Plaza, San Pablo, California
- Belagio Homeowners' Association, San Jose
- Excellent Commercial Center, Oakland, California

**PROCEEDS from SALE**

Investors shall receive a pro-rata cash distribution equal to 80% of all net proceeds available for distribution to Series A LLC Interests as determined by the Manager.  After the property is sold

Confidential Private Placement Memorandum 2A-2

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 12 of 30

around December, 2008 after the Beijing Olympics, the return on investment is estimated at 175 percent (2.75 times the Unit cost of $150K).

**USE of RENTAL CASH FLOW**

Rental revenues should accumulate an upward estimated amount of $1.3 million after maintenance fees, expenses, insurance and the Management fee of 10 percent is taken. The ongoing excess from rental revenues may be distributed to the LLC Members on a quarterly or yearly basis by a majority vote of the Members, or by management per Operating Agreement.

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 13
of 30

**INVESTOR SUITABILITY**

In order to be eligible to invest in the Company, an investor must be an accredited investor as defined in Regulation D under the Securities Act of 1933, as amended (the "1933 Act"). The Offering is conducted under Rule 506 of Regulation D of the 1933 Act.

**IMPORTANT CAUTIONARY INFORMATION**

**This Memorandum has been prepared by the Company based on information that the Company deems reliable. The Company, however, cannot guarantee the accuracy of the information about the Property provided by third parties, and reserves the right to make any changes to the information provided at any time. Investing in the Company's securities carries a very high degree of risk, as more specifically disclosed in the "Risk Factors" Section III on p. 20 below. Investors must be able to tolerate the loss of their entire investment as a condition to investing. Investors are encouraged to ask questions of the Manager about the Offering, the Property, the investment and the risk factors in general, and are also encouraged to survey the Property if possible.**

A map showing the location of Dragon Woods is attached as Appendix D. Photographs of the Property interior and exterior as well as the surrounding grounds, spa facilities and the golf course are shown in Appendix C.

**[The remainder of this page is intentionally left blank.]**

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 14 of 30

# Summary of the Proposed Offering

**The Company**

Dragonwood, LLC (the "Company") is a newly established Delaware Limited Liability Company that was formed in 2005 by Adept Properties, LLC to invest in real estate.

**The Offering**

The Company proposes to offer up to 28 Units of Series A Membership Interests ("Units") to a limited number of "accredited investors" (as this term is defined below) only. The price of each LLC Unit will be $150,000. The minimum number of Units that an investor can purchase is one. The maximum number of Units that an investor can purchase is 10. Any amounts invested will be initially placed into a segregated escrow account. If the Company raises the full $4.2 million from the Offering, it is expected that, after expenses, the Company will have approximately $3.9 million in net proceeds available to the Company to be deployed for investment purposes. The minimum total Offering amount is $600,000.

If the Company fails to raise such amount, the Offering will automatically terminate and each investor will be refunded his or her investment. The Company reserves the right to terminate the Offering at any time at the sole discretion of the Manager. The Offering will be made in reliance upon an exemption from registration under Section 4(2) pursuant to the safe harbor provisions of Rule 506 of Regulation D of the Securities Act of 1933, as amended (the "Securities Act").

**Investment Objective; Investment Strategy**

The Company proposes to use the proceeds from the Offering to seek aggressive returns through investment in the high-end luxury condominium market in Beijing, China. The Company will seek to achieve this objective through the strategic acquisition and development, ownership, and disposition of residential condominiums. There is no assurance however that these objectives will be met.

**Overview of Significant Risk Factors**

**Investing in the Company carries a high degree of risk. If you decide to invest in the Company, you may lose part or all of your investment and you should be able to tolerate that loss. The Company has no operating history and its Manager has never professionally operated a similar Company in the past. Real estate markets in general are subject to volatility due to a variety of factors, including but not limited to changes in interest rates and general and local economic conditions. The Company proposes to purchase properties in**

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 15 of 30

China, and as such it is also subject to specific political, legal and business risks associated with purchasing and managing real estate in China. For example, the Chinese real estate market has recently experienced significant growth and a steep downturn could be possible. In addition, condominiums are particularly at risk due to the novelty of the concept in China and applicable local regulations and other factors that may adversely affect or restrict the acquisition, ownership and resale of the condominium properties. Furthermore, the Company is raising the funds before acquiring the condominiums, and there are no guarantees that it will be able to purchase the condominium properties at all or on the expected terms. In addition there are no guarantees that the Company can obtain financing to terms acceptable to the Company or at all. In the event that the Company obtains financing, the property will likely be subject risks associated with the terms of the financing, including, but not limited to, recourse. If any of these risks or other risks associated with investing in real estate in China were to occur, the Company's operations could suffer a material adverse effect and you could lose your entire investment.

**Initial Capitalization**  The initial capitalization of the Company, before the Offering, is $222,000.

**Company Operations**  It is expected that assuming that $4.2 million in Units are sold in the Offering, the Company will have access to approximately $3.9 million in working capital. Of this amount plus the seller's loan of $1.4 million, the Company expects to invest $4.7 million for implementing its real estate investment in China, and it expects to produce at least $1.7 million to $2.2 million in rental revenue and retain $500,000 for general operations and interest payments and taxes. The Company may leverage the portion of the funds used only for the proposed acquisition of the condominium property to obtain seller financing, but does expect to do so. The portion excludes all other costs, including but not limited to, improvements, fees, and the build-out, finishing and furnishing costs.

**The Manager**  The Company is managed by one Manager, Adept Properties, LLC. The managers of Adept Properties, LLC are Gary J. Mugg and Simon Chan. Resumes of Messrs. Mugg and Chan are attached as an addendum to this Document. Management of the Company will be vested solely in the Manager, and the other Members of Dragonwood, LLC will not participate in management of

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 16 of 30

the Company.

| | |
|---|---|
| **Manager's Co-Investment** | The Manager will commit to subscribe to at least 1 Unit in the Offering. |

**Management Fees, Expenses**

The Company will pay the Management a management fee of 10 percent of the rental revenue less the Property's maintenance fees and expenses.  (Please refer to the chart in the following PPM.)  The Management will allocate this management fee to its Capital Account (as this term is defined in the Company's Operating Agreement). The management fee shall be payable monthly.  In addition, upon the purchase of each 12-Unit building, the Company will pay an acquisition (commission) fee of 5% of the funds raised prior to the purchase.  The Manager will be entitled to reimbursement of out of pocket expenses or other expenses incurred on behalf of the Company. Upon disposition of each property, the Manager will be entitled to retain up to 20% of the net proceeds from sale of any property or portion of the property, while investors will receive a *pro rata* distribution of the remaining 80 percent based on their percentage interests.   Additionally, the Manager may also act but not be paid real estate brokerage fees for the renting, leasing or selling transactions.  The estimated limits over 36 months for all expenses, interest and fees is about $1 million, which is the sum of $754,000 in expenses and $250K in debt service.

**Eligible Investors**

The Company will offer the Units directly through the Manager only to no more than 35 persons who are "accredited investors", as this term is defined under Rule 501 of Regulation D of the Securities Act, and with whom the Manager has substantive pre-existing business relationship.  The opportunity to subscribe to the purchase of Units will be offered only to no more than 35 persons who satisfy the legal requirements for the above mentioned exemption and who have first completed an eligibility questionnaire and who have been approved by the Company.

**Subscription Period**

The Offering is expected to begin on November 22, 2005 and is expected to terminate on May 15, 2006, subject to anticipation, termination or extension in the sole discretion of the Manager.

**Independent Tax Advisors and Legal Counsel**

Each investor is urged to retain his or her own independent tax advisor and legal counsel, respectively. The Company is not responsible for providing any individual tax or legal advice to investors.

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 17 of 30

**CONFIDENTIAL PRIVATE PLACEMENT MEMORANDUM**

# Up to $6,000,000
# Series A LLC Membership Interests
# In
# Dragonwood, LLC
### A Delaware Series limited liability company

## I. THE COMPANY

Dragonwood, LLC (the "Company") is a newly organized Delaware limited liability company which intends to acquire, own, and manage, directly or through affiliates, up to two condominium buildings, each consisting of twelve condominium units, in a luxury residential condominium complex located approximately 20 miles south of the city of Beijing, China (the "Property"). The Company intends to use the proceeds of the Offering to pay for the purchase price and related costs of acquisition of the Property.

### Company Business Plan

The purpose of Dragonwood, LLC is to acquire, finish, operate and eventually sell condominium units at the Dragonwood luxury condominium complex in Beijing, China.

Potential tenants and purchasers of the condominiums are primarily expatriates from middle to general management levels from multi-national corporations with branch offices in Beijing. These international expatriates can enjoy a serene country club lifestyle of golf and world-class benefits at a competitive price. China is the fastest growing economy in the world and Beijing has become the center of this growth. The demand for modern, well-appointed accommodations and real estate is increasing. There are limited opportunities in this controlled market. Further, the value of "lifestyle" properties such as Dragonwood will be enhanced due to a moratorium on building golf courses in the face of growing demand and popularity of the sport.

The Company's business plan consists of acquiring two 12-unit condominium complexes at the Dragon Woods site. The Company will be responsible for finishing the interior of the towers, and the condominiums. The Company will then seek to generate cash flow through renting the condominiums. The ultimate goal of the Company is to resell the condominiums after the 2008 Beijing Summer Olympics.

In addition to participation in the overall growth of Beijing's market and China's economy, the company believes it can immediately enhance the value of the Property through implementation of an aggressive marketing program utilizing American business experience. This will include a professional property manager, and a program that screens potential tenants thereby reducing costs and enhancing net income.

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 18 of 30

**Property Financing**

It is expected that assuming that $4.2 million in Units are sold in the Offering, the Company will have access to approximately $3.9 million in working capital. Of this amount plus the seller's loan of $1.4 million, the Company expects to invest $4.7 million for implementing its real estate investment in China, and it expects to produce at least $1.7 million in rental revenue and retain $500,000 for general operations and interest payments and taxes. The Company may leverage the portion of the funds used only for the proposed acquisition of the condominium property to obtain seller financing. The portion excludes all other costs, including but not limited to, improvements, fees, and the build-out, finishing and furnishing costs.

If the Company raises less than the entire $4.2 million, the Company may seek to obtain financing on terms negotiated and agreed by the Manager and the Company in their sole discretion, in order to proceed with the acquisition of the Property, or may only acquire a portion of the Property (i.e. one building complex). Subject to the successful completion of this Offering, the Company expects to be able to exercise its option to purchase the Property, or a portion thereof, no later than June 1, 2006.

**The Manager**

The Company is managed by one Manager, Adept Properties, LLC. The Managing Officers of Adept Properties, LLC are Gary J. Mugg – Legal, Simon Chan – Operations, and David Tarnowski – Investors. Biographies of Messrs. Mugg, Chan and Tarnowski are set forth below. Management of the Company will be vested solely in the Manager, and the other Members of Dragonwood, LLC will not participate in management of the Company. Adept Properties, LLC, was organized in June, 2004, and the Offering of Series A Membership Interests in Dragonwood, LLC to acquire the Property is its first real estate venture.

*Simon Chan, Managing Director, Operations*

Simon S. K. Chan brings 30 years of technical and business experience to Dragonwood, LLC along with his international savvy and tenacity to manage large, complex projects. He has been successfully developing businesses and real estate opportunities in China for the last two years. In 2003, Simon founded Green Water Reclamation Engineering Company in Beijing and built the first and only environmental friendly sewage treatment plant in China with his U.S. partners' technology, for which he has an exclusive license in China. At a cost of $12 million, the plant was profitable during its first year of operation. From 2000 to 2002, he was President of an Internet company, Cybermax Holding Ltd. in Milpitas California, which he grew from zero to over $8 million in revenue in two years. The Company was sold for 20 times the total investment. He was President of Metropolitan Internet Backbone Exchange, Inc., of San Jose from 1995 to 2000, where he developed the world's first secured web-based email software and built an ISP service with over 20 million subscribers. His company also developed and hosted the world's first ad-based dial-up ISP called Hypernet, serving the Greater Bay Area of 9 area codes. He sold the company in 2000 for 20 times the investment. Prior to starting and running his own businesses, Simon worked for Qualcomm as a Channel Development Manager from 1994 to 1995 and was responsible for developing CDMA base stations market in China. From 1987 to 1993, as President of Cadisys, Inc. in San Jose, he developed wire routing software for printed circuit boards, microchips, growing sales to $15 million annually and negotiating the merger of the Company with a major competitor. Prior employment was with companies such as Rohm, General Electric and IBM. Simon Chan has a B.S. in Chemistry and a M.S. in Electrical Engineering from the University of Illinois, and studied Modern Control as a PhD candidate at the same university. In 1984 he received a JD degree from Santa Clara University, specializing in corporate, trade secret, patent and copyright law. Simon was born in Hong Kong and speaks, reads and writes fluent English, Cantonese and Mandarin. He is a U.S. citizen.

*Gary J. Mugg, Managing Director, Legal*

From 2002 to present, Gary has run his private law practice in San Francisco and has formed over 100 corporations, partnerships and LLCs for clients and serves as legal counsel for 50 businesses. Gary is founder, largest investor and on the management team of Adept Property Management, Inc., a commercial and residential condominium management company in Oakland California. He is also the Founder and a Principal of Adept Properties, LLC, the managing partner of Dragonwood, LLC. Prior to this, Gary worked as a Contracts Manager for SBC, where he developed an internet-based tracking system for long distance contracts. From 1987 to 2001 he worked for Pacific Bell in various capacities including Product Manager for Voice Mail Services where he rolled out their first Voice Activated Unified Messaging Product, increasing gross revenues by 10 percent. From 1997 to 2000 he served as the Product Manager for "Inside Wire" Services and increased market penetration by 50 percent in 3 years. He received the Company's highest marketing award for this performance. He was a Revenue Analyst and created a reporting

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 20 of 30

system for the CEO and Chairman of the Company, reducing report latency from two months to five days. Gary's initial work at Pacific Bell was as a Depreciation Analyst, where he edited the Journal for the Society of Depreciation Professionals, while managing to increase revenue and cash flow by over $10 million annually. Gary earned a BS and an MBA from California State University of Hayward with an Accounting Option. He has a Certificate of Marketing from the University of California Berkeley and received his JD from John F. Kennedy University School of Law in 1991. He holds a California Department of Real Estate Broker License (00774866), and is an active member of the California Bar (163819), The American Bar Association, The San Francisco Chamber of Commerce International Alliance Group, and the San Francisco Bar Association.

*David Tarnowski, Managing Director, Investors*

David Tarnowski brings over 25 years of comprehensive, practical engineering and business management experience from high tech product design to business and real estate operations and experience at the executive level to Dragonwood. He has a consistent record of setting and achieving aggressive strategic objectives and has created, manufactured and marketed over 240 products domestically and offshore, winning awards for achievement, innovation, and quality. David served from 1985-1998 as CEO and Director of Engineering of ADA Signal Processors, Inc. a leading-edge professional audio company that was the first to develop microprocessor controlled vacuum tube amplification and other MIDI-controlled signal processors. In 1985 he founded E-Systems Berkeley, a hardware-based data format conversion company, and was recruited to manage Plex Technologies, Inc., which was acquired by Support Systems International in 1986. He has worked for a Paul Allen/Vulcan Ventures startup spun-off from Interval Research from 1997 to 1998. David also served as CEO for Object Channels Corporation; an XML B2B integration infrastructure company formed in 2000 and remains a board member. He has also designed wireless gestural input devices for the gaming and computer industries for Vuppet Corp, and is the COO for a business consultancy, VisionStart Holdings, Inc. At VisionStart, David has reviewed over 300 business concepts and written more than 100 business plans and created financial models for many different types of business, as well as raised significant capital for his client companies. He has owned commercial real estate in California and has a building contractor license. David studied at various campuses of the University of California in the fields of Engineering Mathematics, Music and Economics, and holds a BA in Philosophy. He is the managing director of the Sandhill Property Owners' Association in Orinda, California. He is a member of IEEE, Acoustic Society, American Management Association, International Society for Optical Engineering and MIDI Manufacturers Association and holds board and advisory positions in three companies.

### Property Management

It is expected that Adept Properties, LLC will serve as the Company's Property Manager for leasing and operation of the Property. Adept is a full-service commercial and residential condominium management company, located in Oakland, California. The Company will establish offices in Beijing, specifically to manage the Dragonwood LLC properties.

### Manager's Compensation

The provisions set forth below regarding compensation of the Manager apply only to Series A Units and are incorporated and constitute an integral part of the Agreement.

1    Acquisition Fee. There shall be no fee as compensation for acquiring real property in the Dragonwood condominium country club resort and for services rendered in connection therewith. There is a fee of five percent of the funds raised in selling Units of the LLC.

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 21 of 30

2.      Management Fee.  In consideration for the services to be rendered by the Manager, the Company shall pay the Manager fee of ten percent of the rental income less the maintenance expenses on the Property.  The fee is payable monthly and the Manager shall allocate to the Manager's capital account.

3.      Sale Fee. A one-time fee as compensation for selling real property in the Dragonwood condominium country club resort, or any interest therein, and for services rendered in connection therewith.  The fee shall be equal to 20% of the net profits from sale of the property or of any interest therein.

4.      Real Estate Broker Fees.  In the event that the Manager or an Affiliate acts as the real estate broker in the renting, leasing or disposition of the real property owned by the Company, the Manager has elected to distribute the brokerage commission fee less any income taxes paid thereon to the investors.

5.      Services Performed by the Manager or Affiliates.  Except as otherwise provided in the Agreement, the Company shall pay the Manager or its Affiliates for services rendered or goods provided to the Company to the extent that the Manager is not required to render such services or provide such goods itself without charge to the Company, and to the extent that the fees paid to the Manager or its Affiliates do not exceed the fees that would be payable to an independent responsible third Person that is willing to perform such services or provide such goods.

6.      Expenses.  The Company shall pay or reimburse the Manager and its Affiliates for expenses incurred on behalf of the Company, and the actual cost of goods and materials used for or by the Company.  The Company shall also pay or reimburse the Manager or its Affiliates for organizational expenses (including, without limitation, legal and accounting fees and costs) incurred to form the Company and prepare and file the formation documents and this Agreement.  Except as otherwise provided herein, the Manager and its Affiliates shall not be reimbursed by the Company for the following expenses:  (a) salaries, compensation or fringe benefits of directors, officers or employees of the Manager or its Affiliates; (b) overhead expenses of the Manager or its Affiliates, including, without limitation, rent and general office expenses; and (c) the cost of rendering any services or providing any goods for which the Manager or its Affiliates are not entitled to compensation under this Agreement.

## II. THE PROPERTY

The Dragonwood complex is an attractive luxury residential condominium complex that is under development and that is located approximately 20 miles south of the CBD of Beijing, China. Each townhouse building is designed to accommodate twelve (12) condominium units. The Property is sold as is, and the purchaser will be responsible for finishing the interiors of each purchased unit and townhouse building.

**Property Summary**

| Cost for 24 Condos Shells  in two buildings | $3.456 million |
| Less Seller Loan of $1.38 million | $1.383 million |
| Construction, Finishing and Furnishing Costs of 24 | $2.316 million |
| Acquisition and Build-out price per Condo | $250,000 ($144K + $106K) |
| Completed cost per Square Foot | $110 |
| Net Rentable Square Footage | 54,250 |
| Building Configuration | Four-story, two stories per Condo unit |
| Average Unit Size | 2260 S.F |
| Parking | Detached garage, min 1 space per Condo |
| Zoning | Residential |
| Year Building Completed | 2005 |

Construction at the Property was started in 2005. The Property currently consists of 12-condominium units in a single building structure, "condominium townhouse buildings," of which some condos have been finished both internally and externally and sold, and up to 24 condos are for sale to investors for finishing of the interiors. The community is situated on a golf course in a vibrant community called Longxi within the Beijing municipality.

Each building is concrete and steel rebar frame with tile roof.  The foundation consists of poured concrete/perimeter footings and column pads. Construction components include poured concrete and rebar.   All condominium units are two-story, and are located either at the ground level (story one and two) or at the upper level (story three and four). There will be 3 elevators in each townhouse building, each elevator servicing two upper level condos. Each condo has three bedrooms, three bathrooms, living room and dinning room, and ample private and common indoor and outdoor areas.

Floor plans include grand staircase, an upper floor master bedroom suite with wrap-around balcony, and a second bedroom, and a study area.  Downstairs each condominium has modern Western-style appliances, and luxury appointments accent the high-ceiling rooms. Each condominium has individually controlled geothermal heating and air-conditioning and features a private storage unit near each entry. Deluxe built-in appliances include dishwasher, garbage disposal, oven, washer, dryer, and frost-free refrigerator. Each condominium has bay windows, a spacious dining area, and large walk-in closets. Other features of the condominiums include patios/balconies, individual apartment smoke detectors, well-insulated walls and floors, insulated steel clad doors, satellite oversea TV channels, and high-speed internet access wiring.

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 23 of 30

**Utilities**

Electricity, Water and Sewer, Cable TV, Telephone, and Natural Gas are paid for by the tenant.

**Property Amenities**

The Property is gated and is built on an 18-hole championship golf course. An additional 18-hole golf course is under construction and will be completed by the end of year 2006. Luxury features include membership to the golf course, and health spas. Discounts to five-star hotel and dining are also available. The Property has indigenous landscaping and maintains the following additional amenities: a swimming pool, barbecue area, fitness area, security patrol, and ample parking. The Property offers three-bedroom, three-bathroom floor plans measuring approximately 2,260 square feet.

**The Location**

The Property is conveniently and strategically located 20 miles south of Beijing, in the Da Xing area. This is an excellent residential location and one of Beijing's most established rental markets for expatriates. Beijing is the second largest city in China, and is classified as the one of the fastest growing city in the world.

The Property is a 30 minute drive to major employers in the Central Business District (CBD) of Beijing such as Intel, Motorola, HP, IBM, Ericsson, PriceWaterHouseCooper, and 20 minutes from the manufacturing plants of Mercedes Benz, Coca Cola, Ericsson, and Johnson & Johnson.

International schools such as British School of Beijing, Legend International School, and International schools opened by the U.S. Embassy and the German Embassy, are about 20 to 40 minutes away by school bus.

Famous shopping malls such as China World and Yinsha are located inside CBD, and are within 30 minutes from the property by car. A brand name outlet mall is being built directly across the street from the Dragon Woods Community. Adjacent to the mall a university is under construction. This university is a joint venture between the governments of Singapore and China, focusing on the travel industry. It is also within a 5-minute drive of Beijing most popular recreational amenities, including horse riding, fishing, snow skiing, fruit picking, and a hot spring spa.

The Property is 15 minutes away from the Beijing city center via the Jingkai Highway, which is one of few main transportation arteries in Beijing. The Highway runs from the Second Ring Road (traditionally the First Ring is the wall of the Forbidden City palace) through the Third, Fourth, Fifth and Sixth Rings and to the city skirt. It is the main road access to the southern part of Beijing and ranges from 2 lanes to 5. A planned light rail which serves as the extension of the Number 4 Route of the Beijing Metro Subway System will have a stop in front of the Dragon Woods community around 2008. Going to the Beijing airport through Jingkai Highway and the Fifth Ring is an unhampered 40 minute drive. Finally the Property is only a 15 minute drive from the newly opened airport serving mostly domestic commercial air traffic.

**The Market**

**Financial Valuation Summary after Finish and Furnish**

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 24 of 30

| 3-1-2006 | Current Market | Actual Cost |
|---|---|---|
| Price for 24 Finished Condos | $11.76 million | $6 million |
| Price per Finished Condo (3-2006) | $420,000 | $250,000 |
| Price per square foot | $185 | 110 |

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 25
of 30

## III. RISK FACTORS

This confidential Private Placement memorandum (the "Memorandum") has been prepared solely for the benefit of a limited number of accredited investors in connection with the private placement of Series A LLC membership interests ("Units") in Dragonwood, LLC ("the Company"). The Company is being formed for the purpose of acquiring one or more residential condominium townhouse buildings in the Dragon Woods community about 20 miles south of Beijing, China and more particularly described in the Memorandum.

The Investment Units referred to in this Memorandum have not been and will not be registered under the Securities Act of 1933, as amended (the "1933 Act") and will be offered in reliance on one or more exemptions from the registration requirements of the 1933 Act only to investors who qualify as "Accredited Investors" (as defined in Rule 501(a) under the 1933 Act.) Neither the Units nor the merits of the offering have been approved or disapproved by the Securities and Exchange Commission or any similar regulatory agency of any state; nor has the Securities and Exchange Commission or any similar regulatory agency passed on the adequacy of this Memorandum. Any representation to the contrary is unlawful. This Memorandum does not constitute an offer to sell or a solicitation of an offer to buy the Units in any jurisdiction to any person to whom it is unlawful to make such offer or solicitation in such jurisdiction.

*Investment in the Units is speculative and involves a high degree of risk. Investors may be required to bear the risks of this investment for an indefinite period of time. Anyone who is not financially able to bear the loss of their entire investment should not invest in the Units. Prospective investors should carefully consider the risk factors indicated under "Risk Factors".*

There will be no public market for the Investment Units, which are subject to restrictions on transferability and resale. Each Purchaser will be required to represent that such Investment Units are being acquired for investment purposes and not with a view to sale or distribution, and purchasers will not be able to resell or transfer the units except as permitted under the 1933 Act and applicable state securities laws.

This Memorandum is provided for assistance only and is not intended to be and must not alone be taken as the basis for an investment decision. The purpose of the Memorandum is to assist investors in deciding whether to proceed with a further investigation of the Offering.

Each recipient of this Memorandum should make such investigation as it deems necessary to arrive at an independent evaluation of an investment in the Units, and should consult its own legal, financial and accounting advisors to determine the merits and risks of such an investment. Prospective investors should not construe the contents of this Memorandum as legal, tax, investment or other advice.

Each prospective investor in the Investment Units is hereby invited to ask questions to the Manager concerning the terms and conditions of the offering and to obtain any additional information necessary to verify the accuracy of the information in this Memorandum. This Memorandum contains summaries of certain agreements and other documents. All such summaries are qualified in their entirety be reference to such agreements or documents referred to herein, which agreements or documents are either exhibits hereto or will be made available for inspection upon request.

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 26 of 30

No person other than the Manager is authorized to give any information or make any representations, whether oral or written, in connection with the offering except such information as is contained in the Memorandum and the attachments hereto and the documents referred to herein.

**You could lose your entire investment in the Company.**
An investment in the Company involves a high degree of risk. As a result, the purchase of Units in the Company should be considered only by persons who can afford a loss of their entire investment.

**The Company may fail to achieve its investment objectives.**
The Company has no operating history, and may not be able to achieve its investment objectives.

**The Manager's lack of experience may adversely affect the Company's operations and your investment in the Company.**
The Manager has never before operated a company whose primary investment objective is to acquire, finish, own and operate a residential complex of the kind that the Company proposes to acquire, finish, own and operate. The Manager's lack of experience may adversely affect the Company's operations and your investment in the Company.

**Investing in the Company exposes you to general risks associated with investment in real estate.**
The Company will be subject to the risks incident to the ownership and operation of real estate, including risks associated with the general economic climate, competition from other space, government regulations, fluctuations in interest rates and the ability of the Company to manage the real estate. Although the Company intends to maintain comprehensive insurance on the Property in amounts sufficient, in a commercially reasonable manner, to permit replacement in the event of a total loss, certain types of losses are uninsurable or are not economically insurable.

**Investment in the Company exposes you to the additional risks associated with investment in foreign real estate, which may, among other things, prevent or delay the acquisition, finishing, operation and disposition of the Property.**
Your investment will be used to purchase real estate in China. China is a developing economy with its own legal and tax structure and systems. The Property will be subject to various levels of local laws and regulations which will affect the manner of acquisition and holding of the Property, as well as finishing, operation and resale of the Property. These laws and regulations may prevent or delay the acquisition, finishing, operation and disposition of the Property, and may exacerbate the risks generally associated with investing in real estate, thus increasing the operating costs of the Company, or adversely affecting the ability to generate sufficient cash flow to meet the operating costs of the Property and/or make distributions to Unit holders.

**Your investment in the Company may be adversely affected by currency swings and tax on repatriation of capital.**
The Company will purchase the Property in China. Projected revenue and proceeds from the operation and possible sale of the Property will be in local Chinese currency. If converted into U.S. Dollars and repatriated to the United States, the value of such revenue and proceeds may decline as a result of strengthening Chinese currency, or may be eroded by taxes on repatriation of capital, as applicable.

**The success of the Company depends on whether it can purchase the condominiums and finish them as luxury condominiums ready for sale.**

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 27 of 30

The Company intends to purchase two condominium complexes. If the Company for any reason fails to raise sufficient funds, it will either lose the investment opportunity or will lose the opportunity to purchase the Property on terms that the Company deems favorable. Furthermore, if the Company successfully purchases the townhouse buildings, they will be acquired as unfinished buildings. It will be the Company's sole responsibility to finish the interiors and render the condominium units ready for sale. If the Company fails to finish the interiors, or suffers delay, or is unable to finish the interiors to the necessary level of quality and luxury appointments required to market and sell the condominium units in the luxury segment, the Company may be unable to either rent or resell the condominiums. If any of these situations occur, the Company will likely suffer a material adverse effect and you may lose part or all of your investment.

**The success of the Company depends on whether it can attract tenants and buyers for the condominium units.**
The Company intends to market the condominium units primarily to U.S. and non-Chinese corporate expatriates. If the Company fails to attract such tenants, it may not have sufficient occupancy to cover its operational expenses, and may be forced to sell the Property at a disadvantage or terminate operations. Likewise, the Company's proposed exit is to resell the Property after the 2008 Beijing Summer Olympics. If the Olympics do not take place, or if future negative events such as industrial or environmental accidents, epidermises such as the recurrence of SARS, political and social unrest, terrorist attacks or acts of war, prolonged draughts or climate change, diplomatic crises, or economic turmoil, take place in or affect China, rents and property values may plummet and the Company may not be able to find tenants and buyers for the condominium units.

**The business of the Company could be seriously harmed if the Manager loses the services of Simon Chan, Gary Mugg or David Tarnowski.**
All material decisions with respect to the management of the Company will be made by the Manager. The Members will have no right or power to take part in the management of the Company. (See the LLC Operating Agreement attached as <u>Appendix D</u> for a description of the rights of the Members.) The Manager is highly dependent on the services of Simon Chan, Gary Mugg and David Tarnowski. Any loss of the services of Messrs. Chan, Mugg or Tarnowski could seriously harm the business of the Company.

**You may be subject to tax liability even if the Company fails to make any distributions.**
The Company may fail to make any distributions to the Members and the aggregate distributions, if any, may be less than the Members' investments in the Company. However, the income tax liability of the Members depends on the profits of the Company, regardless of whether distributions are made. In addition, you may be subject to special taxation in connection with investing in China and repatriating capital.

**The Manager's investment objectives may be different from your investment objectives.**
The Manager receives a participation in the profits of the Company and will receive operating funds among other things. The Manager's incentive and compensation may cause the Manager to have investment objectives that are different from the investment objectives of the Members of the Company. For instance, the Manager may favor an early sale of the Property to realize his profit participation.

**There is no trading market for the Units, and there are restrictions on transfer of the Units.**
There is no public or secondary trading market for the Units, nor is one likely to develop. Federal and state laws impose restrictions on the resale of the Units. In addition, the LLC Operating Agreement generally prohibits withdrawals and most types of transfers of Units.

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 28 of 30

**Regulatory changes may adversely affect the Company's performance**
The Company operates within a regulatory framework. Legislation may be enacted or regulations may be issued which could affect the operations of the Company and your investment therein.

**Competition may also adversely affect the Company's performance**
The real estate market in general, and the managing and ownership of multi-unit complexes in particular are very competitive. The Company may encounter competition from other persons or entities with similar investment objectives or projects in China. Some of these competitors may have greater financial resources, more experience, and more personnel than the Company and/or the Manager. Competition may adversely affect the Company's business.

**<u>Forward-Looking Statements And Associated Risks</u>**
The Company believes that this Memorandum contains forward-looking statements, including statements regarding, among other items, our future plans and growth strategies and anticipated trends in the industry in which we operate. Although we believe that the expectations reflected in forward-looking statements herein are reasonable, actual results could differ materially from these forward-looking statements as a result of factors described herein, including, among others, regulatory or economic influences. In light of these risks and uncertainties, the forward-looking information should not be regarded as our representation or that of any other person that the objectives and our plans will be achieved.

## IV. THE OFFERING

The Company is offering a total of Forty (28) Series A LLC Membership Interests (the "Units"), representing a maximum investment of $4,200,000 ("Maximum Offering") to investors who meet certain suitability standards (see "Investor Suitability Standards"), but may close and make a bid to purchase the Property, or a portion thereof, upon the sale of not less than four (4) Units representing a minimum investment of $600,000 ("Minimum Offering".) Thereafter, the Manager may continue to offer Units representing the difference between the Maximum Offering and the Minimum Offering, or it my close the Offering. Furthermore, after the Minimum Offering is achieved, the Manager may, but is not required to, seek to obtain financing from a lender, in the Manager's sole discretion, in order to proceed with the leveraged acquisition of the Property, or any portion thereof, on terms and conditions negotiated and agreed by the Manager and the Company with such lender.

The minimum investment is $150,000 representing one Unit(s), pursuant to which a purchaser shall become a member in the Company, holding approximately a 3.6% interest in the Series A class. In the event the Offering is closed with less than the Maximum Offering but more than the Minimum Offering, the percentage interest of each Unit will be adjusted upward to reflect the pro rata ownership of a Unit based on the total equity capitalization of the Company. The rights and obligations of all Members, as well as the Manager, are specified in the **LLC Operating Agreement** which is attached to the **Subscription Agreement** as a separate document, but as a part of this Offering. A purchaser should carefully review the terms and conditions of the LLC Operating Agreement, including the Manager's compensation exhibit that is part thereof.

This Offering will commence on the date of this Memorandum and continue until the Closing Date, which shall be the soonest to occur of: (i) the date of acceptance by the Manager of subscriptions for the maximum number of Units offered hereunder; or (ii) May 15, 2006; or (iii) such earlier date, if any, as the Manager may elect to terminate this Offering in its sole and absolute discretion. If the minimum subscription of thirteen (13) Units is not obtained by May 15, 2006, then the Offering will terminate, and all funds previously deposited by subscribers will be promptly refunded in full, together with a pro rata share of any interest earned thereon. If subscriptions for not less than the minimum of thirteen (13) Units are accepted, then the subscription proceeds, together with any interest earned thereon, will be released to the Company.

As of the date of this Memorandum, the Manager has already purchased one (1) LLC Unit. The initial capitalization of the Company, including the one Unit purchased by the Manager, is $222,000. The Manager, its member, affiliates or nominees may purchase Units as a Member, and may do so for the purposes of closing the Company's offering of Units or for any other reason deemed appropriate by the Manager and, in such event, shall have the same rights as any other purchaser thereof, including but not limited to the right to vote such units as a Member on all matters on which the Members are entitled to vote.

Offers to purchase Units shall be accepted or rejected by the Company within fourteen (14) business days after their receipt and, if rejected, associated funds will be returned immediately. Purchasers whose offers to purchase Units have been accepted by the Company will be admitted as Members no later than the first day of the month following the date that the Offering is fully subscribed. The Manager reserves the right to refuse to sell Units to any person or entity in its sole and absolute discretion.

Case: 18-04060    Doc# 47-14    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 30 of 30