The Company may obtain additional financing by leveraging the real property, but it may not do so.  The Company may place such a decision before the Members for a vote per the terms of the LLC Operating Agreement.  Below is a projection and estimate of Sources and Uses of capital.

## Sources and Use of Funds

**Assumptions**

| | |
|---|---|
| Number of condos purchased | 24 |
| Ave. sq. ft. per condo | 2,260 |
| Purchase price per condo | $144,000 |
| Ave. cost of finish and furnish | $106,000 |
| Option price per condo | $2,000 |

**Sources & Use of Funds**

| | Amount | % of Purchase Price | Per Apartment Unit | Per Net Rentable Square Foot |
|---|---|---|---|---|
| Investor Equity Capital | 4,200,000 | 75.24% | 175,000 | 77.43 |
| Mortgage Loan | 1,382,400 | 24.76% | 57,600 | 25.49 |
| **Total Sources of Funds** | 5,582,400 | 100.00% | 232,600 | 102.92 |
| | | | | |
| ***Acquisition Costs*** | | | | |
| Purchase Price for the Properties | 2,073,600 | 37.15% | 86,400 | 38.23 |
| Condo Finish and Furnish | 2,544,000 | 45.57% | 106,000 | 46.90 |
| Legal, Due Diligence, and Closing Costs | 50,000 | 0.90% | 2,083 | 0.92 |
| Financing and Loan Closing Costs (1) | 13,824 | 0.25% | 576 | 0.25 |
| Real Estate Acquisition Fee | 10,500 | 0.19% | 438 | 0.19 |
| Miscellaneous | 48,000 | 0.86% | 2,000 | 0.88 |
| **Total** | 4,739,924 | 84.91% | 197,497 | 87.39 |
| | | | | |
| ***Offering Costs*** | | | | |
| Organization, Legal and Marketing Costs | 126,000 | 2.26% | 5,250 | 2.32 |
| Marketing Expense (2) | 6,300 | 0.11% | 263 | 0.12 |
| Due Diligence Expense (3) | 12,600 | 0.23% | 525 | 0.23 |
| Selling Commissions (4) | 210,000 | 3.76% | 8,750 | 3.87 |
| **Total** | 354,900 | 6.36% | 14,788 | 6.54 |
| | | | | |
| ***Improvements and Reserves* Master** | | | | |
| Capital Reserves Account (5) | 487,576 | 8.73% | 20,316 | 8.99 |
| | | | | |
| **Total Uses of Funds (6)** | 5,582,400 | 100.00% | 232,600 | 102.92 |

(1)    Amount includes a Loan Origination Fee to the Lender and third parties equal to 1.0% of the loan amount.

(2)    Dragonwood management will receive a nonaccountable marketing and selling expense reimbursement of 0.015% of the Offering Proceeds (equivalent to 0.11% of the Purchase Price).

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 1 of 20

(3)     Outside Legal Counsel will receive a nonaccountable due diligence expense reimbursement of 0.03% of the Offering Proceeds (equivalent to 0.23% of the Purchase Price).

(4)     The sellers of Dragonwood LLC memberships will receive commissions of up to 5% of the Offering Proceeds as compensation (equivalent to 3.76% of the Purchase Price). The total amount of commissions and expense reimbursements described in this footnote and in footnotes (2) and (3) above will not in the aggregate exceed 7% of the Offering Proceeds (equivalent to 6.36% of the Purchase Price).

(5)     Amount to be held by the Company to cover immediate repairs and replacement to the Properties and any future Capital Expenses with respect to the Properties.  Upon the sale of the Properties, any remaining amounts will be distributed to the Investors pro rata in accordance with their Interests.

(6)     This is a "best efforts" offering, and the Company will not purchase the Properties unless it sells a minimum of $ 600,000 of the Interests. If the Company does not sell $600,000 of the Interests, then it will return the Cash Deposits to the Investors.


## V. TAX CONSEQUENCES

No representation or warranty is being made to any purchaser concerning the tax consequences of investing in the Company under any foreign tax laws or under federal, state or local tax laws. An investment in the Company may have material consequences to the purchaser under applicable tax laws. Each purchaser should consult his or her own tax advisor regarding the potential tax consequences under applicable tax laws of an investment in the Company.  No tax opinion has been or will be issued by legal counsel for the Company in connection with the offering.

## VI. CHINESE LAW

The Company will be subject to Chinese law in connection with the acquisition, finishing, operation and disposition of the Property. This includes laws relating to the manner of acquiring and holding the Property, which can be materially different from applicable laws in the United States and does not include the acquisition of a fee interest in the Property.   Property acquisition will be structured as a 70 year land lease, renewable for an additional 70 year period.

Furthermore, the Company may also be subject to certain taxes and assessments, including a tax on the acquisition of the Property equal to 5% of the purchase price of the Property, a tax on any rental income from the Property equal to 5% of the rental income from the Property, and capital gains tax of up to 15% on gains from disposing the Property within 3 years of the date acquisition.

## VII. PLAN of DISTRIBUTION

The Offering is being made directly and solely by the Manager and its principals. No broker-dealer organizations will be employed. The Company has permission to use the Dragonwood name in connection with the Offering.

### Who May Purchase

In order to be eligible to invest in the Company, an investor must be an accredited investor as defined in Rule 501(a) of Regulation D under the 1933 Act).

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 2 of 20

**VIII. Procedure to Purchase**

To offer to purchase Units, prospective purchasers should:

1. Read the **Eligibility Questionnaire** at the end of the Subscription Agreement and complete this document to determine if you are a qualified investor for this Offer.

2. If eligible to make an offer, read the **Subscription Agreement** and sign the Subscription Agreement and the attached Signature Page. Also, if applicable, have your spouse review the Subscription Agreement and sign the Spousal Consent agreement (Exhibit A-1) on the last page of the separate Subscription Agreement (and before the 5-page Eligibility Questionnaire).

3. Deliver the:

   a. executed Signature Page of the Subscription Agreement,
   b. the executed Eligibility Questionnaire and
   c. the executed Spousal Consent page, (if applicable),

   to the Manager together with a check made payable to **Dragonwood, LLC Series A** in payment of the total purchase price for the Units received.

Checks will be held by the Manager until the Minimum Offering Amount is met. Thereafter, the Manager will deposit the checks in the Dragonwood, LLC Series A bank account at:

   Bank of the West
   295 Bush Street
   San Francisco, CA 94104

   **[The remainder of this page is intentionally left blank.]**

**Appendix A:     BEIJING RESIDENTIAL REAL ESTATE MARKET NEWS**

## Summary of the five following news articles

1. China's Municipal Bureau of Statistics reports a 19.2-percent rise in housing prices in Beijing for 2005.  Beijing sold 283,000 residential houses and apartments in 2005, which added up to about 33.67 million square meters, down 11 percent and 8 percent respectively compared with 2004.

2. ING Real Estate plans to create a real estate fund, worth nearly USD 300 million, in the second quarter of 2006 to reap profits from the fast-growing urbanization in China mainland.  Although the property price is growing slowly, impacted by China's macroeconomic policies, ING Real Estate believes that international investors would like to continue investing in China mainland.

3. GE Real Estate, a highly regarded opportunistic property investor, is jumping into the residential development market in China, where it expects returns to be three to four times higher than what it's fetching in the U.S… sees big returns on real estate development in major Chinese markets, such as Shanghai, Beijing, Guangzhou and Chengdu.

4. On January 6, 2006 Jones Lang LaSalle Inc. reported that foreign investment in China's nascent premium real estate market in 2006 would be at least one and a half times the 2005 figure, due in large part to repeat buyers.

5. Based on a survey conducted by DTZ of these high-end residential developments, DTZ has found that a significant amount of buyers purchased apartments for investment purposes. Rental demand for high-end residential apartments comes mainly from high income individuals or expatriates.  It is obvious that government is concerned about any rampant speculation on the market. The recent document can be considered another warning directly issued to speculators. The government hopes to cool investment demand gradually.

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 4 of 20

# (1) Housing Prices in Beijing China Rose 19.2 Percent in 2005

*By Staff* February 25, 2006

(AXcess News) Beijing - Beijing's housing sector reported a 0.6-percent drop in business confidence last year despite a 19.2-percent rise in housing price, the municipal bureau of statistics said Friday.

In 2005, the average advance sale price for Beijing's residential houses and apartments stood at 6,725 yuan (840 U.S. dollars) per square meter, a year-on-year rise of 1,083 yuan (135 U.S. dollars) or 19.2 percent.

In the meantime, however, the housing sector's business confidence index was measured at 102.6, down 0.6 percent on 2004.

Beijing's real estate sector received 152.5 billion yuan (19 billion U.S. dollars) of investment in 2005, up 3.5 percent year-on-year but the growth rate slowed down by 19 percent compared with 2004.

Last year, the city finished building 37.7 million square meters of residential houses and apartments, up 23 percent year-on-year. But many potential home buyers would rather wait, hoping the staggering housing price might fall a little.

As a result of this watchfulness, Beijing's unsold houses and apartments totaled 13.74 million square meters in 2005, up 31.6 percent over 2004. About 77 percent of the unsold housing are located outside the Third Ring Road that surrounds the city proper.

The municipal statistics bureau noted that Beijing sold 283,000 residential houses and apartments in 2005, which added up to about 33.67 million square meters, down 11 percent and 8 percent respectively compared with 2004.

# (2) ING Real Estate to Create Real Estate Fund in China in Q2

(SinoCast Via Thomson Dialog NewsEdge)

BEIJING, Feb 20, 2006 (SinoCast via COMTEX) --Holland-based ING Group, a leading global financial giant, reveals that its subsidiary ING Real Estate plans to create a real estate fund in the second quarter of 2006 to reap profits from the fast-growing urbanization in China mainland.

The fund will manage properties in China mainland worth nearly USD 300 million.

Spokesperson of ING Singapore said ING Real Estate will play mainly as a fund manager to promote the fund to institutional investors in Asia, Europe and the US, and to seek development projects in China mainland.

The fund will be the second closed-end fund established by ING Real Estate in China mainland and will focus on a wide range of real estate projects.

Although the property price is growing slowly impacted by China's

PPM  Appendix ABCDEFG 1A-3

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 5 of 20

macroeconomic policies, ING Real Estate believes that international investors would like to continue investing in China mainland.

Robert Lie, executive president of ING Real Estate, stresses that the real estate market in China mainland will certainly see periodic floating just as the markets in other countries around the world, but the demand will be very strong in the long term, thanks to the strong economic development and fast urbanization.

## (3) GE Real Estate Sees Residential Devevelopment Opportunity In China

03-20-06 02:50 PM EST

NEW YORK -(Dow Jones)- GE Real Estate, a highly regarded opportunistic property investor, is jumping into the residential development market in China, where it expects returns to be three to four times higher than what it's fetching in the U.S.

GE Real Estate, a unit of General Electric Co.'s (GE) Commercial Finance section, is expected to announce later this week that it has formed the CITIC Capital Vanke China Property Development Fund, which will invest in developing properties in major Chinese markets - in particular, residential properties - where it sees a burgeoning demand for real estate.

"The Chinese government estimates that nearly 400 million people will move from the countryside to Chinese cities in the next 10 years," creating an enormous demand for both residential and commercial real estate development, said Michael Pralle, president and chief executive of GE Real Estate. "Those 400 million people will have to have housing and places to work."

With this kind of demand, Pralle sees big returns on real estate development in major Chinese markets, such as Shanghai, Beijing, Guangzhou and Chengdu.

"The development margins are huge - 30% to 40%," said Pralle, which is far better than the 10% to 12% returns investors get on multifamily developments in the U.S.

However, he cautioned that the investments must be done carefully and in partnership with local developers and real estate people. "You have to be smart about how you go about it," he said. "You have to have local partners."

As a result, GE Real Estate has teamed up with China Vanke Co. Ltd. ( 000002.SZ), the largest publicly listed real estate developer in China, and CITIC Capital, the Chinese government's financial institution, to launch the fund. The two partners are each contributing $10 million apiece to the fund.

To play it safe, GE Real Estate is initially investing only $20 million in the fund, which will have the investment capacity to develop $100 million to $150 million in residential real estate. But Pralle said this is just the start. He expects GE Real Estate will have as much as $500 million invested in China real estate within three to five years, which would allow leveraged investment of up to $1.5 billion in real estate in China.

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 6 of 20

Although there have been other real estate funds, such as funds from Morgan Stanley (MS), Goldman Sachs Group Inc. (GS), Colony Capital and Lehman Brothers Holdings Inc. (LEH), as well as publicly traded companies, such as Vornado Realty (VNO) and Starwood Hotels & Resorts Worldwide Inc. (HOT), that have ventured into the Asian market trawling for real estate deals over the past eight years, many of the deals have been slow to arise or the returns have been weaker than expected.

Even GE Capital has been toiling in China for some time, looking at acquiring troubled loans.

When it comes to brick and mortar assets though, it all comes down to timing and relationships, said Pralle.

"It's easy for people to be taken advantage of by the Chinese," he said. " They're very sophisticated business people, very, very smart, very shrewd negotiators," he said. He said relationships with local people and the Chinese government are crucial.

Indeed, GE has been building relationships and trust with the Chinese government and investors for more than a decade. GE Capital (which was the predecessor to GE Commercial Finance) entered China in the early 1990s, where it set up funds with the Chinese government and Hong Kong investors to invest in companies in China, consumer finance business, the construction of power plants, and infrastructure mainly in Shanghai and Guangzhou. Pralle was president of GE Capital's Asia Pacific region then, and helped cultivate the relationships with the Chinese government and others that resulted in the deals.

"GE has relationships with all levels of the Chinese government," said Pralle. "I've been going there for more than 20 years on a regular basis."

In the past 12 to 18 months, GE has started building relationships with local developers and real estate investors. Initially, GE invested in a portfolio of nonperforming loans with Morgan Stanley. However, Pralle believes the timing is right to jump into real estate development.

"In China today, there are between 800 million and 900 million farmers, and the Chinese Government recognizes that they don't need 800 or 900 million farmers - and most of these farmers are desperately poor," he said. The country is going through a transition period where poor people are leaving their farms to take up higher-paying jobs in major Chinese cities, and the economy is growing at 8% to 10% a year as part of its move toward a capitalist economy, he said.

"There's just a massive amount of real estate that's being developed in China - and that will be developed in China over the next 10 years as the process of urbanization continues," said Pralle.

"I think China is going to be one of the two or three most important real estate phenomena of the decade just because of the enormous amount of development that has to take place," said Pralle.

He plans to set up an office of five to seven people in Shanghai this year to look at potential real estate deals, and expand this to 15 to 20 people within the next 10 to 12 months.

-By Janet Morrissey, Dow Jones Newswires; 201-938-2118

PPM  Appendix ABCDEFG 1A-3

## (4)  Foreign Cash to Flow into China Property

2006-01-06 Reuters

**Foreign investment in China's real estate market in '06 would be at least 1.5 times the 2005 figure.**

SHANGHAI - Foreign investment in China's nascent premium real estate market in 2006 would be at least one and a half times the 2005 figure, due in large part to repeat buyers, Jones Lang LaSalle Inc. said on Friday.

Michael Hart, associate director with the real estate services firm in China, said most of that investment will go to Beijing and Shanghai, which have an ample number of premium properties.

Global investors from Morgan Stanley to Dutch financial services group ING began snatching up properties in China from late 2004, as more developed markets in Japan and South Korea became crowded.

However, analysts have said regulatory uncertainties and other risks remain high, even though the potential for profit has attracted companies like Citigroup, which are increasingly seeing China as a top pick in Asia after Japan.

Hart said 12 major deals were transacted in China in 2005 at a combined value of $1.96 billion.

"2005 was a time when the most aggressive players did a few deals. 2006 will be a breakout year," Hart told Reuters.

"There is lots of interest there ... The total amount of money will be one and a half or two or three times (that of last year) at least."

Beijing has clamped down on the real estate sector since mid-2003 in a nationwide campaign to rebalance growth away from overinvestment amid fears that red-hot pockets of China's economy could be headed for a bust.

The measures taken, including raising mortgage rates and minimum down payments, hit the residential property market in bigger cities such as Shanghai, but have so far had limited success in pinning down the commercial property sector.

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 8 of 20

Macquarie Bank Ltd. alone spent $500 million buying Chinese properties last year, nearly matching the $600 million it ploughed into mainly residential developments in the country over the past decade.

# (5) About the Beijing Residential Market

2005/04/12
Janet Au

DTZ Debenham Tie Leung, Beijing

As the capital of China and the host for the 2008 Olympic Games, Beijing is once again a focus of the international spotlight.

With China's rapid economic growth and the Capital's rapid pace of development, real estate has quickly became one of the fastest growing industries in Beijing, attracting billions in investment from home and aboard.

Many people question whether property prices in Beijing are too high and whether the market is overheated. To better understand the current situation, we should further investigate the recent market movement and various governmental policies.

According to DTZ's research, the yield for high-end residential projects dropped from approximately 12 percent last year to 10 percent this year. In fact, the yield is still be considerably high if compared with many overseas markets. There may still room for the yield to drop further - either by lowering rents or raising prices.

Despite concerns about China's overheating economy, the residential market was on the rise in 2004. This trend is expected to continue into 2005. In 2004, price increases of certain high-end projects were more than 20 percent. Prime projects with successful marketing campaigns reported the highest capital gains last year.

Based on a survey conducted by DTZ of these high-end residential developments, DTZ has found that a significant amount of buyers purchased apartments for investment purposes. Rental demand for high-end residential apartments comes mainly from high income individuals or expatriates. Although the rental market is benefiting from a booming economy and new foreign investment, a continuous supply of high-end residential products will continue to exert pressure on the rental market. With rising prices and lower rents, there is still room for yields in the residential market to drop further.

In terms of policies, government has taken various actions to prevent the market from overheating. On March 17, the People's Bank of China circulated a document allowing an increase in the minimum down payment ratio for urban mortgages from 20 percent to 30 percent. The minimum mortgage loan rate has been raised 20 basis points to 5.51 percent, or 90 percent of the benchmark rate of 6.12 percent.

Even though these measures are not mandatory, major banks in Beijing have already taken action. The Bank of China will charge the prime interest rate for a buyer's second mortgage. The down payment at the Industrial Commercial Bank of China has increased by 30 percent-40 percent for a grade-A office purchase, a buyer's second property or for a high-end residential property.

The document represents another governmental action taken to cool overheated property prices in the wake of the October 2005 interest-rate hike. It is also clear that the government is targeting speculators, mainly, in the market. Steps taken by commercial banks following the document will increase investors' borrowing costs and lower their free cash flows. Since the policy mainly applies to buyers with more than one mortgage, normal home buyers are mostly unaffected.

It is believed that such measures will not cause a sudden drop in property prices. Demand for Beijing residential market remains strong - from economical, affordable housing to high-end residential apartments or villas. Demand from home buyers remains strong. Affordability for local Beijingers has gone up because of increased wages and rapid economy growth. Further, with the commodity housing market maturing, many would like to own their own home in Beijing. In the view of investors, being the capital of China, Beijing will continue to attract investment from other parts of the country. Overall demand in the residential market remains strong.

It is obvious that government is concerned about any rampant speculation on the market. The recent document can be considered another warning directly issued to speculators. The government hope to cool investment demand gradually.

The future of the Beijing residential market still depends on various factors such as second hand market, land supply, introduction of property tax, etc. China has already made significant progress in regulating the market and establishing a clear legal framework in 2004: public offering of commercial land after August 2004, added transparency for real estate transaction. Property market in Beijing has stepped into a new era. Like China's rapid economic development, Beijing property market is growing and stepping toward maturity.

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 10 of 20

## Appendix B:    SALES and RENTAL COMPARABLES

## A quarterly overview of Beijing's residential market
**2005/09/15**
**Luxury residential market performance remains steady.**

Rental rates remain comparable to those of last quarter, though vacancy rates have dropped. The serviced apartment market continues to be active, with slight rental increases and fewer vacancies, while the leased apartment market saw a surge in the number of units available, leading to increased vacancies. Still, as demand continues to rise, rents remain stable. In the villa market, new projects were gradually absorbed, effectively lowering vacancy rates.

During the second quarter of 2005, the government issued measures to curb real estate price increases. In April, seven ministries of the central government jointly announced a set of "Suggestions on the stabilization of residential prices" to levy full-selling price properties with title transfers within two years of purchase and specify concrete rules as to those eligible for preferential tax policies on mass residential housing.

In addition, the government announced a notice in May, "Reinforcing Regulations and Management on Tax Collection," distributed by the State Administration of Taxation, the Ministry of Finance and the Ministry of Construction, to give clear instructions on real estate-related taxes. In June, Beijing's Construction Committee released the "State Council's general office policies for stabilizing real estate prices," released by Beijing's municipal government, which forbids ownership transfers of unfinished projects.

**Supply**

Both the Marriott Executive Apartments and the Palm Springs-Beijing Apartments entered the serviced apartment market, while Fortune Plaza and Goldfield International Garden were included in the leased apartment market this quarter. Villa vacancies were limited to a few units in the recently completed Eurovillage Phase III project.

On the sales front, several luxury residential projects introduced their final phases, including Central Park Phase III, Lane Bridge Villa Phase III and Vanland Mansion Phase II.

**Table 1: New Leasing Units, Second Quarter 2005**

| District | Project Name | Total Units | Unit Area (gross sq.m) | Asking Rental (US$/unit/month) |
|---|---|---|---|---|
| Chaoyang | Central Park Phase II | 390* | 62-240 | 740-3,600 |
| Chaoyang | Fortune Plaza | 458 | 82-375 | 1,400-9,300 |
| Chaoyang | Goldfield International Garden | 741* | 112-264 | 1,100-2,600 |
| Chaoyang | Upper East Side | 560* | 60-316 | 600-6,300 |

Remark: * Including owner-occupied units

PPM  Appendix ABCDEFG 1A-3

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 11 of 20

**Table 2: New Projects, Second Quarter 2005**

| District | Project Name | Total Units | Unit Area (gross sq.m) | Asking Price (yuan/sq.m) |
|---|---|---|---|---|
| Chaoyang | Central Park Phase III | 430 | 76-280 | 18,000 |
| Chaoyang | Lane Bridge Villa Phase III | 85 | 370-500 | Detached: 18,300 Semi-detached: 13,500 |
| Chaoyang | Guoxing Guanhu Garden Phase II | 900 | 183-228 | 13,000 |
| Chaoyang | Condo II Worldview | 1,190 | 46-300 | 13,500 |
| Chaoyang | Legacy Homes Phase II | 160 | 375-540 | 4.3-8 million/unit |
| Haidian | Vanland Mansion Phase II | 190 | 260-377 | 18,000 |
| Haidian | The West Diaoyutai | 228 | 143-212 | 15,000 |
| Shunyi | Dragon Bay Villa Phase I | 150 | 188-280 | 2.6-4.4 million/unit |

### Rentals and Vacancies

With the exception of leased apartments, which recently experienced a slight increase in vacancies, average vacancies in serviced apartments and high-end villas decreased over the second quarter. Rents for serviced apartments rose by 5.1 percent, while those for leased apartments remained stable. Despite a drop in vacancies, villas saw average rents drop by 2.9 percent.

Serviced apartments saw a boom in sales this quarter, as the continuous expansion of multinational corporations in China brings an increasing number of top executives, demanding serviced apartments. Such strong demand has resulted in an increase in the average rent of serviced apartments from US$20.10/month/sq.m to US$21.10/month/sq.m.  The overall vacancy rate dropped by 2.3 percentage points to 17.3 percent.

Several new luxury leased apartments, particularly those in more affordable price ranges, were completed this quarter, though still vacant, as final touch ups were not yet complete, leaving their effect on overall rent rates insignificant on the average market rent of US$15.30/month/sq.m this quarter. With better locations, amenities and ambiance, high-end luxury apartments are particularly welcomed by expatriate tenants.  The average vacancy rate of these apartments dropped by 2.6 percentage points to 18.9 percent this quarter.

Villas that were launched last quarter were gradually absorbed by the strong demand this quarter, leading to a significant drop in vacancies, from 18 percent to 13.8 percent. The average rent dropped slightly to US$18.30/month/sq.m.

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 12 of 20

**Table 3 Beijing Residential Rentals/Vacancies, Second Quarter 2005**

| Grade | Property Type | | | | | |
|---|---|---|---|---|---|---|
| | Leasing Apartments | | Serviced Apartments | | Villas | |
| | Rent | Vacancy Rate | Rate | Vacancy Rate | Rent | Vacancy Rate |
| High-End | $21.60 | 18 percent | $26.30 | 9.8 percent | $21 | 14.9 percent |
| Mid-End | $14.90 | 23.8 percent | $19.90 | 22 percent | $15.20 | 12.6 percent |
| Low-End | $8.70 | 13.6 percent | $13.20 | 25 percent | | |
| Overall | $15.30 | 18.9 percent | $21.10 | 17.3 percent | $18.30 | 13.8 percent |

## Sales

Luxury residential sales continued to perform well this quarter. Prices for final project phases increased significantly in well-established communities. Such projects included Central Park Phase III and Condo Phase II. In addition, Yangtze Special Situations Fund and Kingsway Group have each purchased Ocean Express Tower D or Tower E. Foreign investment firms are optimistic about Beijing's luxury serviced apartment market. DTZ, a well-respected real estate firm based out of Hong Kong, reports a high-end residential index figure of 102.

## Market Outlook

Due to China's rapid economic growth, numerous foreign companies have already increased their investment, a continuing trend in the near future. Serviced apartments remain highly favourable among mid- and high-level executives. As the number of serviced apartments remains limited, rent prices may rise, while vacancy rates continue to drop.

More units are expected to enter the luxury leasing market when newly completed units are available. New supplies may exert pressure on rental values in coming quarters. The sophistication of newly completed projects is developing, a trend expected to attract additional tenants, resulting in lower vacancies in such areas.

Increasing numbers of leased villas should remain limited in the next quarter, while demand for villas will remain stable. Villa rents and vacancies are expected to continue at their current levels.

In the luxury residential sales market, some new projects are to be launched in such popular districts as the Chaoyang Park area and Central Business District (CBD), satisfying long-anticipated demand in these areas, where availability has been tight.

After increasing lending rate on housing mortgages last quarter, the government launched a series of measures this quarter to tighten controls on China's real estate market. The government plans to continue with efforts to cool any overheating situations in the market and to discourage speculation. Such measures are expected to stabilize China's real estate market and encourage its healthy growth.

Case: 18-04060   Doc# 47-15   Filed: 02/04/19   Entered: 02/04/19 06:37:11   Page 13 of 20

# Appendix C:    Condo Interior Design Example 1, Formal

The following series of photographs are examples of some of the styles of interior design elements representing the quality of materials to be used in the Dragonwood condominium offering.





Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 14 of 20







PPM  Appendix ABCDEFG 1A-3

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 15 of 20



PPM  Appendix ABCDEFG 1A-3

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 16 of 20

## Appendix D: Condo Interior Design Example 2, Casual

The following series of photographs are examples of another, more casual style of interior design elements representing the quality of materials to be used in the Dragonwood condominium offering.









Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 18 of 20

## Appendix E:   Condo Floor Plans



**Typical two story ground level (first and second floors) corner condo floor plan**

The floor plan above left shows the kitchen at the top right and the Grand Room on the middle left side.  The floor plan above right shows the second story Master Bedroom Suite with wrap-around balcony, a second bedroom and bath and a study area.

PPM  Appendix ABCDEFG 1A-3

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 19 of 20



**Typical two story upper (third floor and fourth floors) corner condo floor plan**

The floor plan above left shows the kitchen at the top left and the Grand Room on the middle right side. The floor plan above right shows the second story Master Bedroom Suite, a second bedroom and bath and a study area.

PPM Appendix ABCDEFG 1A-3

Case: 18-04060    Doc# 47-15    Filed: 02/04/19    Entered: 02/04/19 06:37:11    Page 20 of 20